FILED
Clerk
District Court

JAN 27 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>FERMINA ATALIG,<br><br><br><br>                    Defendant.<br>_____ | Criminal Case No. CR 05   00004<br><br><br>INDICTMENT<br><br>Title 18, U.S.C., § 371 - Conspiracy (Ct. 1);<br>Title 18, U.S.C., § 1001-- False Statements<br>(Cts. 2-8). |

THE GRAND JURY CHARGES:

## COUNT ONE

### CONSPIRACY TO SUBMIT FALSE CLAIMS AND TO MAKE FALSE STATEMENTS

#### The Disaster Unemployment Assistance Program

1.       At all times relevant to this Indictment, the Federal Emergency

Management Agency ("FEMA") was an agency of the United States. Its mission was to alleviate

the human suffering and physical damage which result from disasters. FEMA oversaw federal

programs that provided financial aid and assistance to disaster victims, including the Disaster

Unemployment Assistance ("DUA") program. FEMA delegated the administration of the DUA

program to the United States Department of Labor.

2.       At all times relevant to this Indictment, the DUA program was intended to

help individuals who were left jobless in the wake of a major disaster. DUA benefits were

available to both persons who lost jobs with their employers directly as a result of the disaster

1   and to self-employed persons, such as farmers and fishermen, who were unable to work as a

2   result of the disaster. Persons who were not employed on a full-time basis prior to the disaster

3   were not eligible for DUA benefits. DUA benefits consisted of weekly payments of not more

4   than $250 per week to eligible workers during the "Disaster Assistance Period," which was

5   determined by FEMA following the President's declaration of a disaster area.

6   <u>The Typhoon Pongsona Disaster</u>

7   3.    On or about December 7, 2002, Typhoon Pongsona struck the island of

8   Rota in the Commonwealth of the Northern Mariana Islands ("CNMI"), causing substantial

9   destruction.

10   4.    On or about December 11, 2002, President George W. Bush declared Rota

11   a disaster area.

12   5.    In or about late December, 2002, officials in the CNMI and in the

13   Municipality of Rota requested assistance from FEMA, including DUA assistance for residents

14   of Rota. FEMA granted this request. The United States Department of Labor then made funding

15   for the DUA program available to the CNMI government, which administered the DUA program

16   for the Typhoon Pongsona disaster through the CNMI Department of Labor and Immigration

17   ("DOLI").

18   <u>The Defendant</u>

19   6.    At all times relevant to this Indictment, FERMINA ATALIG, the

20   defendant, was the Director of the Division of Employment Services for DOLI on Rota, and was

21   in charge of the DUA program on Rota during the Typhoon Pongsona Disaster Assistance

22   Period.    ATALIG approved or denied all applications for DUA on Rota, calculated award

23   amounts and supervised her staff in calculating award amounts, and was also responsible for

24   overseeing all applications and record-keeping.

25   7.    On or about February 16, 2003, an official of the United States

26   Department of Labor traveled to Rota and trained FERMINA ATALIG, the defendant, with

27   respect to the DUA program. Among other things, the training included intake; the application

28

1  review process; eligibility requirements, including the requirement that applicants provide proof

2  of employment and income; and methodology for benefit calculation.

3  <u>The DUA False Claim Scheme</u>

4         8.     From in or about February, 2003 to in or about June, 2003, FERMINA

5  ATALIG, the defendant, and others known and unknown, for the purpose of enhancing her

6  standing and that of other Rota officials with certain residents of Rota by appearing to secure for

7  them and the community in general valuable federal benefits, recruited, encouraged and assisted

8  residents of Rota and others whom they knew to be ineligible for DUA benefits to file false DUA

9  claims. Many applicants were ineligible because they were not full-time workers or did not

10  reside on Rota prior to Typhoon Pongsona. Other applicants were ineligible because they had

11  other sources of income, such as other federal or retirement benefits.

12         9.     In furtherance of the DUA false claim scheme, and to mislead FEMA and

13  the United States Department of Labor with respect to the eligibility of DUA applicants,

14  FERMINA ATALIG, the defendant, and others known and unknown, prepared and caused to be

15  submitted DUA applications containing materially false statements, representations and

16  omissions of material fact. Such materially false statements and representations included, among

17  others: false statements that the applicant had been a full-time fisherman or farmer whose

18  employment had been disrupted as a result of Typhoon Pongsona; and false statements that the

19  applicant had resided on Rota prior to Typhoon Pongsona. Such omissions of material fact

20  included, among others: failing to state that the applicant had been a full-time student; and failing

21  to state that the applicant received other income in the form of federal and other retirement

22  benefits.

23        10.    FERMINA ATALIG, the defendant, and others known and unknown, for

24  the purpose of substantiating the false claims of DUA eligibility  included false documentation

25  with DUA applications. Among other false documentation, ATALIG and others included a letter

26  from the Mayor of Rota which falsely and fraudulently certified that the applicant had been

27  employed as a full time fisherman or farmer. ATALIG and others had, in fact, prepared such

28

1 letters by filling in the names of DUA applicants on a photocopy of letter from the Mayor of Rota

2 that had been pre-signed with the name of the applicant left blank.

3       11. During the Disaster Assistance Period, approximately 365 DUA recipients

4 received over $1,280,000.00 from the United States government.

5 The Conspiracy

6       12. From in or about February 2003 until in or about June 2003, in the District

7 of the Northern Mariana Islands, FERMINA ATALIG, the defendant, together with others

8 known and unknown, unlawfully, wilfully and knowingly, did combine, conspire, confederate,

9 and agree together and with each other to commit offenses against the United States, namely, to

10 submit false claims against the United States, in violation of Title 18, United States Code,

11 Section 287; and to make false statements, in violation of Title 18, United States Code, Section

12 1001.

13       13. It was a part and an object of said conspiracy that FERMINA ATALIG,

14 the defendant, together with others known and unknown, unlawfully, wilfully and knowingly,

15 would and did make and present to departments and agencies of the United States, namely, to

16 FEMA and the United States Department of Labor, claims upon and against the United States,

17 and departments and agencies thereof, knowing such claims to be false, fictitious and fraudulent,

18 in violation of Title 18, United States Code, Section 287.

19       14. It was a further part and object of said conspiracy that FERMINA

20 ATALIG, the defendant, together with others known and unknown, unlawfully, wilfully and

21 knowingly, in a matter within the jurisdiction of the executive branch of the Government of the

22 United States, namely, within the jurisdiction of FEMA and of the United States Department of

23 Labor, would and did falsify, conceal, and cover up by any trick, scheme, and device a material

24 fact, make materially false, fictitious, and fraudulent statements and representations, and make

25 and use false writings and documents knowing the same to contain materially false, fictitious and

26 fraudulent statements and entries, in violation of Title 18, United States Code, Section 1001.

27

28

-4-

Means and Methods of the Conspiracy

15.     Among the means and methods by which FERMINA ATALIG, the defendant, together with others known and unknown, would and did carry out the conspiracy were the following:

a.     FERMINA ATALIG, the defendant, and her co-conspirators, included false information in DUA applications that they prepared on behalf of DUA applicants.

b.     FERMINA ATALIG, the defendant, and her co-conspirators, overstated the income of DUA applicants and on that basis awarded excessive DUA benefit amounts.

c.     FERMINA ATALIG, the defendant, and her co-conspirators, included in DUA applications a letter purportedly from the mayor of Rota falsely certifying that the applicant was a full time farmer or fisherman.

d.     FERMINA ATALIG, the defendant, and her co-conspirators, approved DUA benefits for applicants whom they knew were ineligible because they had not been employed before Typhoon Pongsona and therefore were not unemployed as a result of it.

e.     FERMINA ATALIG, the defendant, and her co-conspirators, approved DUA benefits for applicants whom they knew were ineligible because they had been full-time students before Typhoon Pongsona and therefore not unemployed as a result of it.

f.     FERMINA ATALIG, the defendant, and her co-conspirators, approved DUA benefits for applicants whom they knew were ineligible because they had other sources of income.

g.     FERMINA ATALIG, the defendant, and her co-conspirators, approved DUA benefits for applicants whom they knew were ineligible because they had not resided on Rota prior to Typhoon Pongsona and during the Disaster Assistance Period.

h.     FERMINA ATALIG, the defendant, and her co-conspirators, approved for DUA benefits applicants whom they knew were ineligible because they were not farmers or fishermen as incorrectly stated on their applications.

-5-

1
                                    Overt Acts

2          16.    In furtherance of said conspiracy and to effect the illegal object thereof,

3    FERMINA ATALIG, the defendant, and her co-conspirators, committed the following overt acts,

4    among others, in the District of the Northern Mariana Islands:

5                  a.      On or about April 9, 2003, FERMINA ATALIG, the defendant,

6    approved the false, fictitious and fraudulent DUA application for DUA applicant "FBH."

7                  b.      On or about April 12, 2003, FERMINA ATALIG, the defendant,

8    approved the false, fictitious and fraudulent DUA application for DUA applicant "DMM."

9                  c.      On or about April 12, 2003 FERMINA ATALIG, the defendant,

10   approved the false, fictitious and fraudulent DUA application for DUA applicant "SSNR."

11                 d.      On or about April 12, 2003, FERMINA ATALIG, the defendant,

12   approved the false, fictitious and fraudulent DUA application for DUA applicant "LASW."

13                 e.      On or about April 12, 2003, FERMINA ATALIG, the defendant,

14   approved the false, fictitious and fraudulent DUA application for DUA applicant "NEA."

15                 f.      On or about April 15, 2003, FERMINA ATALIG, the defendant,

16   approved the false, fictitious and fraudulent DUA application for DUA applicant "JAR."

17                 g.      On or about April 21, 2003, FERMINA ATALIG, the defendant,

18   approved the false, fictitious and fraudulent DUA application for DUA applicant "RIM."

19                        (Title 18, United States Code, Section 371).

20   THE GRAND JURY FURTHER CHARGES:

21                         COUNTS TWO  THROUGH EIGHT

22                                FALSE STATEMENTS

23         17.    The grand jury realleges, adopts, and incorporates by reference herein, the

24   allegations contained in paragraphs one (1) through fifteen (15) as if fully set forth herein.

25         18.    On or about the dates set forth below, FERMINA ATALIG, the defendant,

26   and others known and unknown, in a matter within the jurisdiction of the executive branch of the

27   Government of the United States, namely, within the jurisdiction of FEMA and of the

28   Department of Labor, unlawfully, knowingly and willfully, falsified, concealed, and covered up

                                         -6-

1  by trick, scheme, and device a material fact, and made and used false writings and documents

2  knowing the same to contain materially false, fictitious and fraudulent statements, namely,

3  FERMINA ATALIG, the defendant, together with others known and unknown, with respect to

4  the DUA applications identified in Counts Two through Eight, below, prepared and submitted

5  such applications, and aided and abetted the preparation and submission of such applications,

6  knowing that the applicants were not eligible for DUA benefits and that such applications

7  contained materially false and misleading statements, representations and information concerning

8  the eligibility of the respective applicants:

| COUNT | DATE | APPLICANT |
|---|---|---|
| TWO | April 9, 2003 | FBH |
| THREE | April 12, 2003 | DMM |
| FOUR | April 12, 2003 | SSNR |
| FIVE | April 12, 2003 | LASW |
| SIX | April 12, 2003 | NEA |
| SEVEN | April 15, 2003 | JAR |
| EIGHT | April 21, 2003 | RIM |

(Title 18, United States Code, Sections 1001 and 2).

Dated this 27th day of January, 2005.


A TRUE BILL.


_____
Foreperson


LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI


By: _____
TIMOTHY E. MORAN
Assistant United States Attorney


-7-