FILED
Clerk
District Court

FEB -1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-05-00004

February 1, 2005
11:15 a.m.

**U.S.A. -v- FERMINA ATALIG**

PRESENT:    HON. JUAN T. LIZAMA, DESIGNATED JUDGE PRESIDING
K. LYNN LEMIEUX, COURTROOM DEPUTY
SANAE N. SHMULL, COURT REPORTER
TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
PERRY INOS, ATTORNEY FOR DEFENDANT
FERMINA ATALIG, DEFENDANT

PROCEEDINGS: INITIAL APPEARANCE /ARRAIGNMENT

Attorney Perry Inos appeared with and on behalf of defendant. Government was represented by Timothy Moran, AUSA.

Defendant was sworn and advised of the charges against her in the indictment and her constitutional rights.

Government moved to unseal the case at this time. Court so ordered.

Defendants family entered the courtroom.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against her. Court ordered jury trial to begin on **MONDAY, April 4, 2005 at 9:00 a.m.** Pretrial motions to be filed no later than February 15, 2005.

Government moved that the defendant be released on conditions and a $25,000 unsecured bond.

Court ordered the defendant released on the following terms and conditions:

1)    That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that she must report at any time as requested;

2)    The defendant must not leave the island of Rota without written permission from the Court;

3. That the defendant must not change her residence without first notifying the Court.

4. That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

5. That the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

6. That the defendant execute an unsecured bond in the amount of $25,000;

7. That the defendant shall surrender her passport and any other travel documents and not obtain any other travel documents or passport;

8. That she refrain from possessing firearms, destructive devices, or other dangerous weapons, and she shall not have these at her residence;

9. That she refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner;

10. That the defendant shall draw a map indicating the location of her residence and provide a contact telephone number; and

11. That the defendant shall refrain from excessive use of alcohol;

12. That the defendant shall gain and maintain lawful employment; and

13. That the defendant shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including all persons that will be listed by the Government ( this list will be provided to the defendant's attorney).

Adj. 11:30 a.m.

K. Lynn Lemieux, Court Deputy