FILED
Clerk
District Court

FEB -1 2005

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>FERMINA ATALIG, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 05-00004<br><br><br>O R D E R<br>SETTING TRIAL DATE |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, APRIL 4, 2005 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **TUESDAY, FEBRUARY 15, 2005, pursuant to Local Rule LCrR 12.1.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1) Proposed jury voir dire questions;

2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3) A complete set of marked exhibits (with a three copies for the Court);

4) Proposed verdict forms;

5) Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment), (One original and three copies for the Court);

AO 72
(Rev. 08/82)

6)  Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

Dated this 1st day of February, 2005.

JUAN T. LIZAMA
Designated Judge

AO 72
(Rev. 8/82)