| | |
|---|---|
| THE LAW OFFICE OF PERRY B. INOS<br>Suite 2-C, Sablan Building<br>Beach Road, Chalan Kanoa<br>P.O. Box 502017<br>Saipan, MP 96950<br><br>Tel: (670) 235-9006<br>Fax: (670) 235-9007<br><br>Attorney for Fermina M. Atalig | FILED<br>Clerk<br>District Court<br><br>FEB 11 2005<br><br>For The Northern Mariana Islands<br>By _____<br>(Deputy Clerk) |

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FERMINA M. ATALIG,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00004<br><br>**NOTICE OF MOTION**<br><br>Date: March 10, 2005<br><br>Time: 8:30 a.m.<br><br>Judge: Hon. Alex R. Munson |

    PLEASE TAKE NOTICE THAT Defendant Fermina M. Atalig, by and through counsel, has filed a Motion for Discovery which shall be heard on the 10th day of March, 2005, at 8:30 a.m. in the United States District Court in Saipan, Commonwealth of the Northern Mariana Islands.

Dated 2/9/05.

                                                                     _____<br>
                                                                     PERRY B. INOS<br>
                                                                     Attorney for Defendant