FILED
Clerk
District Court

FEB 14 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1 THE LAW OFFICE OF PERRY B. INOS
Suite 2-C, Sablan Building
2 Beach Road, Chalan Kanoa
P.O. Box 502017
3 Saipan, MP 96950

4 Tel. (670) 235-9006
Fax (670) 235-9007
5
Attorney for Fermina M. Atalig

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00004 |
| Plaintiff, | |
| vs. | EX PARTE APPLICATION TO LEAVE THE ISLAND OF ROTA and ORDER |
| FERMINA M. ATALIG, | |
| Defendant. | |

Comes Now Defendant Atalig, by and through counsel, and submits this ex-parte application for Court permission for the defendant to leave the island of Rota on February 15, 2005, to travel to Saipan to meet with her attorney. She plans to be on Saipan for approximately two days then she will return to Rota.

Dated this 14th day of February 2005.

Perry B. Inos
Attorney for Defendant

ORDER

IT IS SO ORDERED this 14 TH day of February, 2005.

ALEX R. MUNSON
Chief Judge

RECEIVED

FEB 14 2005

Clerk
District Court
For The Northern Mariana Islands

