PS 40
(Rev. 3/04)

UNITED STATES DISTRICT COURT

NOTICE REGARDING PASSPORT

FILED
Clerk
District Court

FEB 23 2005

For The Northern Mariana Islands
By _____
(Deputy Clerk)

1. [X] **NOTICE OF ORDER NOT TO OBTAIN PASSPORT**

2. [X] **NOTICE OF SURRENDERED PASSPORT**

3. [ ] **REMOVAL OF NOTICE OF SURRENDERED PASSPORT OR ORDER NOT TO OBTAIN A PASSPORT**

TO: Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue N.W., 3rd Floor
Washington, DC 20037

FROM: Margarita Wonenberg, US Probation Officer
U.S. Probation Office
PO Box 502089
Saipan, MP 96950

RE: _____ ATALIG, FERMINA MANGLONA _____

DATE OF BIRTH: 3/23/57

PLACE OF BIRTH: ROTA, MP

SSN: ■■■■6853

PASSPORT RECEIVED FROM: _____ FERMINA MANGLONA ATALIG _____
(Print or Type)

1. [X] **PURSUANT TO THE** Court's order entered on _____ 2/1/05 _____ in Case Number _____ 05-00004-001 _____,
the defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

2. [X] **PURSUANT TO THE** Court's order entered on _____ 2/1/05 _____ in Case Number _____ 05-00004-001 _____,
Passport Number _____ 120652853 _____ issued to the above-named defendant was surrendered to the custody of the Clerk of
U.S. District Court on _____ 2/1/05 _____, and the defendant is not permitted to apply for the issuance of another passport
during the pendency of this action.

3. [ ] **On** _____, our office filed a notice of:

[ ] **SURRENDERED PASSPORT** on Passport Number _____ on the above-named defendant; or

[ ] **AN ORDER NOT TO OBTAIN A PASSPORT** on the above-named defendant.

This is to provide notice that the above case has been disposed of and the above order of the court is no longer in effect. Please remove notice from your records.

Sincerely,

By: *[signature]*

Distribution:
Original to Case File
U.S. Department of State
Defendant (or representative)
Clerk of Court
Copy with Passport