FILED
Clerk
District Court

MAR - 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
       MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2982
6  Fax:        (670) 236-2985

7  Attorneys for United States of America

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN MARIANA ISLANDS
11

12
   UNITED STATES OF AMERICA,       )   Criminal Case No. 05-00004
13                                 )
              Plaintiff,           )
14                                 )
         v.                        )   STIPULATION
15                                 )
   FERMINA ATALIG,                 )
16                                 )
              Defendant.           )
17                                 )
                                   )
18                                 )
                                   )
19  _____  )

20
       IT IS HEREBY STIPULATED AND AGREED by and between the United States of
21
   America, by Leonardo M. Rapadas, United States Attorney, Timothy E. Moran, Assistant United
22
   States Attorney, of counsel, and Fermina Atalig, the defendant, by and through her attorney,
23
   Perry B. Inos, Esq., that the defendant's Motion for Discovery, now scheduled to be heard on
24
   Thursday, March 10, 2005, is withdrawn as moot in view of the discovery provided by the
25
   Government.
26

27

28

                                                                                            10

|   |   |
|---|---|
| | LEONARDO M. RAPADAS<br>United States Attorney<br>District of the Northern Mariana Islands |
| DATED: 3/9/05 | By: _____<br>Timothy E. Moran<br>Assistant U.S. Attorneys |
| DATED: 3/9/05 | _____<br>Perry B. Inos<br>Attorney for Fermina Atalig |

SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

RECEIVED

MAR - 9 2005

Clerk
District Court
For The Northern Mariana Islands

-2-