AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**FERMINA ATALIG,**

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 05-00004**

FILED
Clerk
District Court

MAR 10 2005

For The Northern Mariana Islands
By _____ (Deputy Clerk)

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **FERMINA ATALIG**
                                              Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy and False Statements**

in violation of Title **18** United States Code, Section(s) **371**

and in violation of Title **18** United States Code, Section(s) **1001**

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 1-27-05  SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ ~~NO BAIL~~ $10,000 | by /s/ Alex R. Munson |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>1-27-05 | NAME AND TITLE OF ARRESTING OFFICER<br>DANA M. MCMAHON<br>SPECIAL AGENT - FBI | SIGNATURE OF ARRESTING OFFICER<br>/s/ Dana M. McMahon |
|---|---|---|
| DATE OF ARREST<br>1-31-05 | | |