THE LAW OFFICE OF PERRY B. INOS
Suite 2-C, Sablan Building
Beach Road, Chalan Kanoa
P.O. Box 502017
Saipan, MP 96950

Tel: (670) 235-9006
Fax: (670) 235-9007

F I L E D
Clerk
District Court

MAR 16 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 05-00004 |
| Plaintiff, ) | |
| vs. ) | NOTICE OF SUBSTITUTION OF COUNSEL |
| FERMINA M. ATALIG, ) | |
| Defendant. ) | |

The undersigned certify that Perry B. Inos, Esq., initially represented Defendant Fermina M. Atalig in the above-captioned case. The undersigned hereby stipulate that Anthony Long, Esq., will assume the representation of the Defendant and to accept all responsibilities relating to the representation.

Dated: 3/9/05

_____
Perry B. Inos., Esq.

Dated: 3-10-05

_____
Anthony Long., Esq.

Dated:_____

_____
Fermina M. Atalig

**THE LAW OFFICE OF PERRY B. INOS**
Suite 2-C, Sablan Building
Beach Road, Chalan Kanoa
P.O. Box 502017
Saipan, MP 96950

Tel: (670) 235-9086
Fax: (670) 235-9087

### IN THE UNITED STATES DISTRICT COURT

### FOR THE

### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 05-00004 |
| Plaintiff, ) | |
| vs. ) | NOTICE OF SUBSTITUTION OF COUNSEL |
| FERMINA M. ATALIG, ) | |
| Defendant. ) | |

The undersigned certify that Perry B. Inos, Esq., initially represented Defendant Fermina M. Atalig in the above-captioned case. The undersigned hereby stipulate that Anthony Long, Esq., will assume the representation of the Defendant and to accept all responsibilities relating to the representation.

Dated: 3/9/05

Perry B. Inos, Esq.

Dated: 3-10-05

Anthony Long., Esq.

Dated: 3/10/05

Fermina M. Atalig

ORDER

IT IS SO ORDDERED: 3-17-05

*Alex R. Munson* (signature)
ALEX R. MUNSON

RECEIVED

MAR 1 6 2005

Clerk
District Court
For The Northern Mariana Islands

2