# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-05-00004                                   March 28, 2005
                                              9:23 a.m.

FILED
Clerk
District Court

MAR 28 2005

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

**U.S.A. -v- FERMINA MANGLONA ATALIG**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           FAYE CROZAT, COURT REPORTER
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           FERMINA MANGLONA ATALIG, DEFENDANT
           G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS:  WAIVER OF SPEEDY TRIAL

   Defendant was present with Attorney G. Anthony Long. Government by Timothy Moran, AUSA.

   Defendant was sworn. Defendant stated that she and her attorney needed more time to prepare for trial.

   Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that she wished to waive her right to speedy trial. Defendant was examined as to her understanding of her constitutional rights and her right to a speedy trial.

   The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including September 30, **2005** and that jury trial would commence on Monday, **September 12, 2005 at 9:00 a.m.** in this courtroom.

   Attorney Long moved that the defendant's pre-trial release conditions be modified so that the defendant may travel within the Commonwealth (from Rota to Saipan) without prior written approval of the Court; there being no objection, Court so ordered.

                            Court adjourned at 9:30 a.m.

                            K. Lynn Lemieux, Courtroom Deputy

/3