FILED
Clerk
District Court

AUG 2 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Action No. 05-00004 |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| FERMINA ATALIG | ) |
| | ) |
| Defendant | ) |

The parties hereto stipulate and agree that a hearing on defendant's waiver of speedy trial and continuation of trial date shall be held on August 26, 2005 at 1:30 p.m.

Law Office of G. Anthony Long                UNITED STATES ATTORNEY
                                              FOR GUAM AND THE N.M.I.


By: /s/                                       By: /s/
G. Anthony Long                               Timothy E. Moran
Attorney for Defendant                        Assistant United States Attorney

**LAW OFFICE OF G. ANTHONY LONG**
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801

## ORDER

The motion for defendant's waiver of speedy trial and continuation of trial date shall be held on August 26, 2005 at 1:30 p.m.

So **ORDERED** this _24th_ day of August, 2005.

Alex R. Munson
Judge, District Court