```
LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:        (670) 236-2985
```

Attorneys for United States of America

FILED
Clerk
District Court

NOV 22 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FERMINA ATALIG, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Criminal Case No. 05-00004 <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorney, of counsel, and Fermina Atalig, the defendant, by and through her attorney, G. Anthony Long, Esq., that the defendant's trial, now scheduled for December 12, 2005, shall be continued to **Monday, February 27, 2006, at 9:00 a.m.** The parties also intend to schedule a Waiver of Speedy Trial Hearing at a date and time convenient to the Court and the

/ / /

1 | parties.

DATED: 11/21/05

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

By: _____
Timothy E. Moran
Assistant U.S. Attorney

DATED: 11-21-05

_____
G. Anthony Long
Attorney for Fermina Atalig

SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

RECEIVED
NOV 22 2005
Clerk
District Court
For The Northern Mariana Islands

-2-