F I L E D
Clerk
District Court

NOV 3 0 2005

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERMINA ATALIG,<br><br>Defendant. | Criminal Action No. 05-00004<br><br><br>Order Setting Waiver of Speedy Trial |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

IT IS ORDERED that a Waiver of Speedy Trial for Fermina Atalig is set for

Friday, December 16, 2005, at 9:30 a.m.

DATED this 30th day of November, 2005.


_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)