MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-05-00004

December 16, 2005
9:40 a.m.

**U.S.A. -v- FERMINA MANGLONA ATALIG**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
SANAE SHMULL, COURT REPORTER
K. LYNN LEMIEUX, COURTROOM DEPUTY
TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
FERMINA MANGLONA ATALIG, DEFENDANT
G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS: WAIVER OF SPEEDY TRIAL (Third)

Defendant was present with Attorney G. Anthony Long. Government by Timothy Moran, AUSA.

Defendant was sworn. Defendant stated that she and her attorney needed more time to prepare for trial.

Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that she wished to waive her right to speedy trial. Defendant was examined as to her understanding of her constitutional rights and her right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **March 31, 2006** and that jury trial would commence on Monday, **February 27, 2006 at 9:00 a.m.** in this courtroom.

Court adjourned at 9:45 a.m.

K. Lynn Lemieux, Courtroom Deputy