G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

FILED
Clerk
District Court

FEB 2 1 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-0004 |
| Plaintiff ) | |
| v. ) | DEFENDANT'S EXHIBIT LIST |
| FERMINA ATALIG ) | |
| Defendant ) | |

Defendant Fermina Atalig reserves the right to introduce the following exhibits during her case in chief:

A.  DUA Handbook

B.  DUA Assessment Report

C.  DUA CNMI Administrative Plan

D.  DUA Question and Answer Sheet

E.  DUA Eligibility Criteria

F.  DUA Application Form

Page 1 of 2

G.  DUA Fraud Training Course

H.  Press Release re: DUA Payments

I.  Documents concerning the DUA application of Flavin B. Hocog

J.  Documents concerning the DUA application of Nanette E. Atalig

K.  Documents concerning the DUA application of Ryan Manglona

L.  Documents concerning the DUA application of Dexter M. Mendiola

M.  Documents concerning the DUA application of Joleen A. Ramos

N.  Documents concerning the DUA application of Lori Weilbacher

O.  Documents concerning the DUA application of Sidney SN Rosario

P.  Any exhibit identified on the prosecution's exhibit list.

Q.  Any exhibit which becomes necessary and relevant for purposes of refreshing recollection, impeachment, rebuttal or for any other purposes during trial.

Defendant reserves the right to amend this exhibit list prior to trial.

Law Office of G. Anthony Long

By: _____
G. Anthony Long