```
                                                    F I L E D
                                                        Clerk
                                                   District Court

1  LEONARDO M. RAPADAS                              FEB 21 2006
   United States Attorney
2  TIMOTHY E. MORAN                            For The Northern Mariana Islands
   Assistant U.S. Attorneys                    By_____
3  DISTRICT OF THE NORTHERN                              (Deputy Clerk)
       MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP  96950
   Telephone: (670) 236-2982
6  Fax:       (670) 236-2985

7
   Attorneys for the United States of America
8

9                    UNITED STATES DISTRICT COURT

10                    NORTHERN MARIANA ISLANDS

11
   UNITED STATES OF AMERICA,    )  Criminal Case No. 05-00004
12                              )
                 Plaintiff,     )  UNITED STATES' INITIAL
13                              )  EXHIBIT LIST
        v.                      )
14                              )  Trial:  Jury
   FERMINA ATALIG,              )  Date:   February 27, 2006
15                              )  Time:   9:00 p.m.
                 Defendant.     )  Judge:  Hon. Alex R. Munson
16 _____)

17
         The United States of America, by and through its undersigned attorneys, hereby submits the
18
   attached initial list of the Government's Exhibits, reserving its right to amend or supplement this list
19
   as needed.
20

21
                                        LEONARDO M. RAPADAS
22                                      United States Attorney
                                        Districts of Guam and the NMI
23
                                        By: _____
24 Date: 2/21/06                             TIMOTHY E. MORAN
                                             Assistant United States Attorney
25
```

DISTRICT OF THE NORTHERN MARIANA ISLANDS

**EXHIBITS**

**U.S.A. vs Fermina Atalig, Criminal Case No. 05-00004**
✓ Plaintiff __ Defendant Type of Hearing: **Jury Trial**

| No. | Bates No. | Description |
|---|---|---|
| 1 | RDOL 02147-02166 | Memorandum from Alfred Pangelinan dated 3/25/03 |
| 2 | RDOL 02167-02183 | Memorandum from Alfred Pangelinan dated 4/08/03 |
| 3 | RDOL 02184-02201 | Memorandum from Alfred Pangelinan dated 4/23/03 |
| 4 | RDOL 02202-02222 | Memorandum from Alfred Pangelinan dated 4/05/03 |
| 5 | RDOL 02223-02242 | Memorandum from Alfred Pangelinan dated 7/11/03 |
| 6 |  | DUA Handbook |
| 7 | RDOL 02940 | Mayor's Certification |
| 8 | RDOL 00500 | Notice of Determination |
| 9 | RDOL 02859-02860 | Press Release |
| 10 | RDOL 02814 | Email from J. Bachinski |
| 11 | RDOL 02258 | Letter from A. Quiroz |
| 12 | RDOL 02256 | Letter from A. Pangelinan |
| 13 | RDOL 01581 | DUA Brochure |
| 14 | RDOL 01499 | DUA Actual Payroll Cost Expenditures |
| 15 | RDOL 00532 | Memo from B. Manglona |
| 16 | RDOL 02894-02897 | Memo from A. Pangelinan |
| 17 | RDOL 01688-01689 | Timesheet for F. Atalig |
| 18 | RDOL 01325-01327 | Purchase Order |
| 19 | RDOL 02020 | Memo from F. Atalig |
| 20 | DUA 00122-00123 | N. Atalig Notice of Determination of Entitlement |
| 20 A | DUA 00124-00126 | Application |
| 20 B | DUA 00127 | Affidavit |
| 20 C | DUA 00128 | Mayor's Certification |
| 21 | DUA 00399 | F. Hocog Notice of Determination of Entitlement |
| 21 A | DUA 00400-00402 | Application |

| No. | Bates No. | Description |
|---|---|---|
| 21 B | DUA 00404 | Affidavit |
| 21 C | DUA 00403 | Mayor's Certification |
| 22 | DUA 00569 | R. Manglona Notice of Determination of Entitlement |
| 22 A | DUA 00570-00572 | Application |
| 22 B | DUA 00573 | Affidavit |
| 22 C | DUA 00574 | Mayor's Certification |
| 23 | DUA 00631 | D. Mendiola Notice of Determination of Entitlement |
| 23 A | DUA 00632-00634 | Application |
| 23 C | DUA 00637 | Mayor's Certification |
| 24 | DUA 03906-03907 | J. Ramos Notice of Determination of Entitlement |
| 24 A | DUA 03908-03910 | Application |
| 24 B | DUA 03911 | Affidavit |
| 24 C | DUA 03912 | Mayor's Certification |
| 25 | DUA 01003-01004 | S. Rosario Notice of Determination of Entitlement |
| 25 A | DUA 01005-01007 | Application |
| 25 B | DUA 01008 | Affidavit |
| 25 C | DUA 01010 | Mayor's Certification |
| 26 | DUA 01265 | L. Weilbacher Notice of Determination of Eligibility |
| 26 A | DUA 01266-01268 | Application |
| 26 B | DUA 01269 | Affidavit |
| 26 C | DUA 01270 | Mayor's Certification |
| 27 | DOL 02871 | Email from D. Hoff |