FILED
Clerk
District Court

FEB 22 2006

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____ FMC
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERMINA ATALIG,<br><br>Defendant. | Criminal Action No. 05-00004<br><br><br>Order Setting Pre-trial Conference |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

IT IS ORDERED that a Pre-trial Conference in the above case is set for

Thursday, February 23, 2006, at 10:30 a.m.

DATED this 22nd day of February, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)