| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | TIMOTHY E. MORAN<br>Assistant United States Attorneys |
| 3 | DISTRICT OF THE NORTHERN<br>    MARIANA ISLANDS |
| 4 | Horiguchi Building, Third Floor<br>P. O. Box 500377 |
| 5 | Saipan, MP  96950-0377 |
| 6 | Telephone:   (670) 236-2952<br>Fax:         (670) 236-2985 |
| 7 | Attorneys for United States of America |

```
                    F I L E D
                       Clerk
                   District Court

                    FEB 2 4 2006

            For The Northern Mariana Islands
            By_____
                    (Deputy Clerk)
```

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>FERMINA ATALIG,               )<br>                              )<br>                              )<br>            Defendant.        )<br>_____) | Criminal Case No. 05-00004<br><br>UNITED STATES' AMENDED<br>EXHIBIT LIST<br><br>Trial:  Jury<br>Date:   February 27, 2006<br>Time:   9:00 a.m.<br>Judge:  Hon. Alex R. Munson |

   The United States of America, by and through its undersigned attorneys, hereby submits the attached amended list of the Government's Exhibits, reserving its right to amend or supplement this list as needed.

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            District of the Northern Mariana Islands

DATED: 2/24/06                     By: _____
                                            Timothy E. Moran
                                            Assistant U.S. Attorney

Government's Exhibits
U.S. v. Fermina Atalig
CR 05-0004

| Description | Bates Range | Exhibit # |
|---|---|---|
| Atalig, Nanette E. - Notice of Determination of Entitlement | DUA00122-DUA00123 | 1 |
| Atalig, Nanette E - Application for Disaster Employment Assistance | DUA00124-DUA00126 | 1A |
| Atalig, Nanette E. - Affidavit Re Disaster Unemployment Assistance | DUA00127 | 1B |
| Atalig, Nanette E. - Mayor's Certification | DUA00128 | 1C |
| Hocog, Flavian - Notice of Determination of Entitlement | DUA00399 | 2 |
| Hocog, Flavian - Application for Disaster Employment Assistance | DUA00400-DUA00402 | 2A |
| Hocog, Flavian - Affidavit Re Disaster Unemployment Assistance | DUA00404 | 2B |
| Hocog, Flavian - Mayor's Certification | DUA00403 | 2C |
| Manglona, Ryan I. - Application for Disaster Employment Assistance | DUA00570-DUA00572 | 3A |
| Manglona, Ryan I. - Affidavit Re Disaster Unemployment Assistance | DUA00573 | 3B |
| Manglona, Ryan I. - Mayor's Certification | DUA00574 | 3C |
| Manglona, Ryan I. - Check in the amount of $1,000.00 dated 6/19/03 | DUA00575 | 3D |
| Mendiola, Dexter M. - Notice of Determination of Entitlement | DUA00631 | 4 |
| Mendiola, Dexter M. - Application for Disaster Employment Assistance | DUA00632-DUA00634 | 4A |
| Mendiola, Dexter M. - Affidavit notarized by Barbara K. Dela Cruz | DUA00635 | 4B |

| | | |
|---|---|---|
| Mendiola, Dexter M. - Mayor's Certification | DUA00637 | 4C |
| Ramos, Joleen A. - Notice of Determination of Entitlement | DUA03906-DUA03907 | 5 |
| Ramos, Joleen A. - Application for Disaster Employment Assistance | DUA003908-DUA03910 | 5A |
| Ramos, Joleen A. - Affidavit Re Disaster Unemployment Assistance | DUA03911 | 5B |
| Ramos, Joleen A. - Mayor's Certification | DUA03912 | 5C |
| Ramos, Joleen A. - copy of Continental Airlines boarding passes from Honolulu | DUA03915 | 5D |
| Rosario, Sidney SN. - Notice of Determination of Entitlement | DUA01003-DUA01004 | 6 |
| Rosario, Sidney SN. - Application for Disaster Employment Assistance | DUA01005-DUA01007 | 6A |
| Rosario, Sidney SN. - Affidavit Re Disaster Unemployment Assistance | DUA01008 | 6B |
| Rosario, Sidney SN. - Mayor's Certification | DUA01010 | 6C |
| Weilbacher, Lory Anne S. - Notice of Determination of Entitlement | DUA01265 | 7 |
| Weilbacher, Lory Anne S. - Application for Disaster Employment Assistance | DUA01266-DUA01268 | 7A |
| Weilbacher, Lory Anne S. - Affidavit Re Disaster Unemployment Assistance | DUA01269 | 7B |
| Weilbacher, Lory Anne S. - Mayor's Certification | DUA01270 | 7C |
| 3/25/03 Memo Re Check Processing for DUA Program Beneficiaries List | RDOL 02147-RDOL 02166 | 8 |
| 4/8/03 Memo Re Check Processing for DUA Program Beneficiaries List | RDOL 02167-RDOL 02183 | 9 |
| 4/23/03 Memo Re Check Processing for DUA Program Beneficiaries List | RDOL 02184-RDOL 02201 | 10 |

| 6/5/03 Memo Re Check Processing for DUA Program Beneficiaries List | RDOL 02202-RDOL 02222 | 11 |
|---|---|---|
| 7/11/03 Memo Re Check Processing for DUA Program Beneficiaries List | RDOL 02223-RDOL 02242 | 12 |
| DUA Handbook | RDOL 02628-RDOL 02700<br>RDOL 03429-RDOL 03495 | 13 |
| Fermina Atalig Timesheet dated 01/24/03 | RDOL 01689 | 14 |
| 04/23/03 Memo Re Reimbursement to Rota DOL from DUA Program | RDOL 02894-RDOL 02897 | 15 |
| 04/24/03 Letter to Fermina Atalig from Alfred A. Pangelinan | RDOL 02256 | 16 |
| 04/28/03 Fax Letter to Alfred Pangelinan from Fermina Atalig | USA00047-USA00050 | 17 |
| 06/10/03 Letter to Jamie Bachinski from Alfred Pangelinan | USA00075-USA00084 | 18 |
| Mayor's Certification (Blank) | RDOL 02940 | 19 |
| Disaster Unemployment Assistance Brochure | RDOL 01581-RDOL 01583 | 20 |