# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-05-00004

February 27, 2006
9:30 a.m.

FILED
Clerk
District Court

FEB 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## United States of America -vs- Fermina Atalig

PRESENT:   Hon. Alex R. Munson, Chief Judge
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           Craig Moore, Assistant U.S. Attorney
           G. Anthony Long, Attorney for Defendant
           Fermina Atalig, Defendant

Proceedings: Jury Trial - Day One

   Government by Timothy Moran and Craig Moore, AUSAs. Defendant, Fermina Atalig was present with counsel, Attorney Anthony Long. Also present was Dana McMahon, Special Agent for the FBI. 43 potential jurors.

   Jurors were sworn and Court began voir dire of Panel 50501.

   At 11:35 a.m. court recessed for lunch and the jurors were excused from the Courtroom.

   Defense moved to dismiss Counts III and VII counts; after hearing all argument, Court DENIED the motion.

   Court recessed at 11:35 a.m. and reconvened at 1:15 p.m.

   Voir dire continued.

   Court recessed at 2:20 p.m. for afternoon break and reconvened at 2:40 p.m.

   Attorney Long moved to excluded witnesses from the Courtroom until they testify; no objection, Court so ordered.

   At 2:45 p.m. the following jurors were impaneled and sworn: 1) AGULTO, Bryan; 2) VILLEGRACIA, Lillian; 3) SABLAN, Isa; 4) VILLEGAS, Diane; 5) RABAULIMAN, Cecelia; 6) SASAMOTO, Billy; 7) ROGOLOFOI, Audrey; 8) GREENMAN, Leroy; 9) OLAITIMAN, Mariana; 10) AGULTO, Renita; 11) CRUZ, Lillian; 12) TAIVERO, Veronica; **Alternate #1)** ATALIG, Emily; **Alternate #2)** CABRERA, John Allen

34

Court recessed at 3:00 p.m. for afternoon break and reconvened at 3:25 p.m.

Government began their opening statement at 3:25 p.m. and ended at 3:40 p.m.

Defense began their opening statement at 3:40 p.m. and ended at 3:45 p.m.

Government called witness:

**ALFRED PANGELINAN**. DX. Government moved to admit Ex. 8 into evidence; there being no objection, Court so ordered. Government moved to admit Ex. 9 into evidence; there being no objection, Court so ordered. Reference to Ex. 21. Government moved to admit Ex. 16 into evidence; there being no objection, Court so ordered. Government moved to admit Ex. 18 into evidence; there being no objection, Court so ordered. Government moved to admit Ex. 15 into evidence; there being no objection, Court so ordered. Government moved to admit Ex. 14 into evidence; there being no objection, Court so ordered.

Court recessed the jurors for the evening at 4:40 p.m. and ordered them to return at 9:00 a.m. tomorrow to continue the trial.

Adjourned at 4:45 p.m.

K. Lynn Lemieux
Courtroom Deputy