# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-05-00004

February 28, 2006
9:25 a.m.

FILED
Clerk
District Court

FEB 28 2006

## United States of America -vs- Fermina Atalig

For The Northern Mariana Islands
By_____
(Deputy Clerk)

PRESENT:   Hon. Alex R. Munson, Chief Judge
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           Craig Moore, Assistant U.S. Attorney
           G. Anthony Long, Attorney for Defendant
           Fermina Atalig, Defendant

Proceedings: Jury Trial - Day Two

Government by Timothy Moran and Craig Moore, AUSAs. Defendant, Fermina Atalig was present with counsel, Attorney Anthony Long. Also present was Dana McMahon, Special Agent for the FBI. 12 regular jurors and 2 alternate.

Government continued with the examination of witness **PANGELINAN.** Government moved to admit Ex. 17 into evidence; no objection, Court so ordered. Government moved to admit Ex. 11 into evidence; no objection, Court so ordered. Government moved to admit Ex. 12 into evidence; no objection, Court so ordered. **CX** by Attorney Long. Attorney Long moved to Admit Ex. **A** into evidence; no objection, Court so ordered. Attorney Long moved to Admit Ex. **W** into evidence; Government objected, Court ordered admission over objection.

Court recessed at 10:30 a.m. for morning break and reconvened at 10:50 a.m.

Attorney Long continued with CX of witness **PANGELINAN.** Attorney Long moved to Admit Ex. **E** into evidence; Government objected; Court ordered admission over objection. Attorney Long moved to Admit Ex. **X** into evidence; no objection, Court so ordered. Attorney Long moved to Admit Ex. **Y** into evidence; no objection, Court so ordered. Attorney Long moved to Admit Ex. **Z** into evidence; no objection, Court so ordered. Attorney Long moved to Admit Ex. **AA** into evidence; no objection, Court so ordered.

Court recessed at 11:25 a.m. for lunch and reconvened at 1:05 p.m.

Attorney Long continued with CX of witness **PANGELINAN.** Attorney Long moved to Admit Ex. **Q** into evidence; Government objected, Court received exhibit only for the purpose of showing this witnesses state of mind. Attorney Long moved to Admit Ex. **R** into evidence;

no objection; Court so ordered. **RDX** by Timothy Moran, AUSA. Government moved to admit Ex. **22** into evidence; no objection, Court so ordered. Government moved to admit Ex. **23** into evidence; no objection, Court so ordered. **RCX**.

Witness was excused at 1:50 p.m.

Government called witness:

**DIANE HOFF**. (United States Department of Labor). **DX** by Craig Moore, AUSA. Government offered Ex. **13** into evidence; no objection, Court so ordered.

Court recessed for afternoon break at 2:50 p.m. and reconvened at 3:10 p.m.

Craig Moore, ASUA continued DX of witness **HOFF**. Government moved to admit Ex. **20** into evidence; no objection, Court so ordered. Attorney Long made a Rule 26.2 motion; Government stated that they provided Attorney Long with the material five days ago and that they have now provided him with another copy. CX by Attorney Long. Attorney Long moved to admit Exhibit **C** into evidence; Government objected, Court admitted over objection. Attorney Long moved to admit Exhibit **C** into evidence; Government objected, Court admitted over objection. Attorney Long moved to admit Exhibit **BB** into evidence; no objection, Court so ordered. RDX by Craig Moore, AUSA. Attorney Long conducted RCX.

Witness was excused at 4:30 p.m.

Court recessed the jurors for the evening at 4:30 p.m. admonishing them not to talk with anyone regarding the trial, or amongst themselves, and to return tomorrow at 9:00 a.m. to continue the trial.

Adjourned at 4:30 p.m.

K. Lynn Lemieux
Courtroom Deputy