# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-05-00004

March 01, 2006
9:10 a.m.

FILED
Clerk
District Court

MAR 01 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## United States of America -vs- Fermina Atalig

PRESENT:   Hon. Alex R. Munson, Chief Judge
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
Timothy Moran, Assistant U. S. Attorney
Craig Moore, Assistant U.S. Attorney
G. Anthony Long, Attorney for Defendant
Fermina Atalig, Defendant

Proceedings: Jury Trial - Day Three

   Government by Timothy Moran and Craig Moore, AUSAs.  Defendant, Fermina Atalig was present with counsel, Attorney Anthony Long.  Also present was Dana McMahon, Special Agent for the FBI.  12 regular jurors and 2 alternate.

   **ANGELINA ATALIG MANGLONA**.  DX.  Government moved to admit **Ex. 24** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 2A** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 2B** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 2** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 19** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 3A** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 4 and 4 A** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 4C** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 1** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 1C** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 3C** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 5** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 5C** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 6** into evidence; no objection, Court so ordered. Government moved to admit **Ex. 6C** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 7** into evidence; no objection, Court so ordered.  Government moved to admit **Ex. 7C** into evidence; no objection, Court so ordered.

   Court recessed the jurors at 10:20 a.m. for morning break.

   Out of the presence of the jurors, Attorney Long moved that the Government produce a written agreement between the CNMI and the DUA program.  Government argued that they were

not sure whether there was even an agreement that existed.  Court ordered that the Government produce an agreement if one exists.

Court recessed at 10:25 a.m. and reconvened at 10:45 a.m.

Attorney Long began CX of witness **MANGLONA**.  Attorney Long moved to admit **Government's 4B** into evidence, no objection, Court so ordered.  Attorney Long moved to admit Ex. **CC** into evidence, no objection, Court so ordered

Court recessed the jurors for lunch at 11:35 a.m. and they all left the Courtroom.

Government brought up the issue that the jurors may be intimidated by a local politician who positioned himself in the lobby as the jurors exited the Courtroom.  Defense argued that this was an unjust statement.  Court ordered the CSO's to ensure that the jurors were escorted in and out of the Courtroom without any intimidation.

Court recessed at 11:45 a.m. and reconvened at 1:20 p.m. outside the presence of the jury.

Government brought up the matter of the "DUA Agreement" between the CNMI and the Federal Government which has now been produced and a copy was delivered to the Defense.

Jurors came into the Courtroom at 1:25 p.m. and Attorney Long continued with the CX of witness **MANGLONA**.  **RDX** by Timothy Moran, AUSA.  Government moved to admit **Ex. 25** into evidence; no objection, Court so ordered. **RCX**.  Witness was excused at 1:50 p.m.

Government called witness:

**SYDNEY SN ROSARIO**.  DX.  Government moved to admit **Ex. 6A** into evidence; no objection, court so ordered. . Government moved to admit **Ex. 6B** into evidence; no objection, court so ordered.  **CX. RDX.**  Witness was excused at 2:25 p.m.

Court recessed at 2:25 p.m. and reconvened 2:40 p.m.

Government called witness:

**LORY ANNE S. WEILBACHER**.  DX.  Government moved to admit **Ex. 7A** into evidence; no objection, court so ordered. Government moved to admit **Ex. 7B** into evidence; no objection, court so ordered.  **CX. RDX.** Government moved to admit **Ex.28** into evidence; no objection, court so ordered.  Witness was excused at 3:10 p.m.

Government called witness:

**JOLEEN A. RAMOS**.  DX.  Government moved to admit **Ex. 5B and 5C** into evidence; no objection, court so ordered. CX. RDX. Government moved to admit **Ex. 29** into evidence; no objection, court so ordered.  Witness was excused at 3:35 p.m.

Government called witness:

**RYAN J. MANGLONA**. **DX.** Government moved to admit **Ex. 30** into evidence; no objection, court so ordered. Government moved to admit **Ex. 3B** into evidence; no objection, court so ordered. **CX. RDX. RCX.** Witness was excused at 4:25 p.m.

Court recessed the jurors for the evening at 4:25 p.m. admonishing them not to talk with anyone regarding the trial, or amongst themselves, and to return tomorrow at 9:00 a.m. to continue the trial.

Court had discussion with counsel regarding the status of the trial.

    Adjourned at 4:30 p.m.

K. Lynn Lemieux
Courtroom Deputy