# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-05-00004                                 March 02, 2006
                                            9:05 a.m.

## United States of America -vs- Fermina Atalig

PRESENT:   Hon. Alex R. Munson, Chief Judge
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           Craig Moore, Assistant U.S. Attorney
           G. Anthony Long, Attorney for Defendant
           Fermina Atalig, Defendant

Proceedings: Jury Trial - Day Four

   Government by Timothy Moran and Craig Moore, AUSAs. Defendant, Fermina Atalig was present with counsel, Attorney Anthony Long. Also present was Dana McMahon, Special Agent for the FBI. 12 regular jurors and 2 alternate.

   Government called witness:

   **NANETTE ESTRADA ATALIG**. DX. Government moved to admit Ex. **1A** into evidence, no objection, Court so ordered. Government moved to admit Ex. **1B** into evidence, no objection, Court so ordered. **CX**. Witness was excused at 9:35 a.m.

   Government called witness:

   **DEXTER L. MENDIOLA**. **DX** by Craig Moore, AUSA. Government moved to admit **Ex. 4A** (already in evidence). Government moved to admit **Ex. 4B** (already in evidence). **CX**. Government moved to admit **Ex.32** into evidence, no objection, Court so ordered. Witness was excused at 10:25 a.m.

   Court recessed at 10:25 a.m. and reconvened at 10:50 a.m.

   Government called witness:

   **FLAVIAN B. HOCOG**. DX by Timothy Moran, AUSA. CX. RDX. Government moved to admit **Ex. 34** into evidence, no objection, Court so ordered. Witness was excused at 11:30 a.m.

Court recessed for lunch at 11:30 a.m. and reconvened at 1:10 p.m.

Government rested their case at 1:10 p.m.

Jurors were excused from the Courtroom.

Defense moved for Judgment of Acquittal and argued the motion. Government argued that the Rule 29 motion be DENIED. Court, after hearing argument, DENIED the motion as to Count I (Conspiracy). Court, after hearing argument, DENIED the motion for acquittal as to Counts II and VIII (False Documents)

At 1:30 p.m. all jurors were brought back into the Courtroom.

Defense rested their case at 1:33 p.m.

Jurors were excused for the day at 1:35 p.m. and Court admonished them not to talk with anyone regarding the trial, or amongst themselves, and to return tomorrow at 9:00 a.m. to continue the trial. Jurors left the Courtroom.

Defense again moved for Judgment of Acquittal. No further argument from the Government. Court again DENIED the motion.

                                              Adjourned at 1:40 p.m.

                                              K. Lynn Lemieux
                                              Courtroom Deputy

AO 187

# EXHIBIT AND WITNESS LIST

| U. S. A. -vs- FERMINA ATALIG | | **District Court** Northern Mariana Islands |
|---|---|---|
| **Government's Attorney** Timothy Moran and Craig Moore, AUSAs | **Defendant's Attorneys** G. Anthony Long, Esq. | **Docket Number:** CR-05-00004-001 **Trial Date(s):** February 27, 2006 - March 2, 2006 |
| **Presiding Judge** Alex R. Munson, Chief Judge | **Court Reporter** Sanae Shmull | **Courtroom Deputy** K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 02/27/06 | | | ALFRED PANGELINAN |
| 8 | | 02/27/06 | 02/27/06 | 02/27/06 | Memorandum to Bernadito Palacios from DUA Program Coordinator dated 03/25/03 |
| 9 | | 02/27/06 | 02/27/06 | 02/27/06 | Memorandum to Bernadito Palacios from DUA Program Coordinator dated 04/07/03 |
| 16 | | 02/27/06 | 02/27/06 | 02/27/06 | Letter to Fermina Atalig from Alfred Pangelinan dated 04/24/03. |
| 10 | | 02/27/06 | 02/27/06 | 02/27/06 | Memorandum to Bernadito Palacios from DUA Program Coordinator dated 04/23/03 |
| 18 | | 02/27/06 | 02/27/06 | 02/27/06 | 06/10/03 Letter to Jamie Bachinski from Alfred Pangelinan |
| 15 | | 02/27/06 | 02/27/06 | 02/27/06 | 04/23/03 Memo re Reimbursement to Rota DOL from DUA Program |
| 14 | | 02/27/06 | 02/27/06 | 02/27/06 | Fermina Atalig Timesheet dated 01/24/03 |
| 17 | | 02/28/06 | 02/28/06 | 02/28/06 | 04/28/03 Fax Letter to Alfred Pangelinan from Fermina Atalig. |
| 11 | | 02/28/06 | 02/28/06 | 02/28/06 | 06/05/03 Memo re Check Processing for DUA Program Beneficiaries List |
| 12 | | 02/28/06 | 02/28/06 | 02/28/06 | 7/11/03 Memo re Check Processing for DUA Program Beneficiaries List |
| | A | 02/28/06 | 02/28/06 | 02/28/06 | DUA Handbook |
| | W | 02/28/06 | 02/28/06 | 02/28/06 | Transmittal from Fermina Atalig to Alfred Pangelinan re: Disaster Assessment Report |
| | E | 02/28/06 | 02/28/06 | 02/28/06 | Travel Voucher Documents for Alfred Pangelinan |
| | X | 02/28/06 | 02/28/06 | 02/28/06 | Memo to Secretary, DOLI from Alfred Pangelinan |
| | Y | 02/28/06 | 02/28/06 | 02/28/06 | Letter to Mr. Armando Quiroz dated 4-8-2003 |
| | Z | 02/28/06 | 02/28/06 | Admitted conditionally | Letter to Mr. Armando Quiroz dated 4-9-2003 |
| | AA | 02/28/06 | 02/28/06 | 02/28/06 | Letter from John Humphrey of Us Department of Labor dated 4-10-2003 |
| | Q | 02/28/06 | 02/28/06 | Admitted for limited purpose | April 2, 2003 letter from Mayor Manglona to Jamie Bachinski |
| | P | 02/28/06 | 02/28/06 | //////// | April 1, 2003 letter from Floria Plubs Mesngon to Thomas Manglona |
| | R | 02/28/06 | 02/28/06 | 02/28/06 | April 8, 2003 letter from Alfred Pangelinan to Armando Quiroz |
| 22 | | 02/28/06 | 02/28/06 | 02/28/06 | Attachments to Defendant's Ex. Z (Letter to Armando Quiroz dated 4-9-2003) |
| 23 | | 02/28/06 | 02/28/06 | 02/28/06 | Letter to Jamie Bachinski dated 1-23-2003 |
| W2 | | 02/28/06 | | | DIANNE HOFF |
| 13 | | 02/28/06 | 02/28/06 | 02/28/06 | DUA Handbook |
| 20 | | 02/28/06 | 02/28/06 | 02/28/06 | Disaster Unemployment Assistance Brochure |
| | C | 02/28/06 | 02/28/06 | 02/28/06 | Transmittal from Jamie Bachinski to Dianne Hoff re: Guam Forms |
| | J | 02/28/06 | 02/28/06 | 02/28/06 | Rota DOLI who underwent training |
| | BB | 02/28/06 | 02/28/06 | 02/28/06 | Email from Dianne Hoff to Fermina Atalig on 02/28/2003 |
| W3 | | 03/01/06 | | | ANGELINA ATALIG MANGLONA |
| 24 | | 03/01/06 | 03/01/06 | 03/01/06 | Memo from Mayor Benjamin Manglona |
| 2A | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Application for Disaster Employment Assistance |
| 2B | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Affidaivt re: Disaster Unemployment Assistance |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2C | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Mayor's Certification |
| 2 | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Notice of Determination of Entitlement |
| 19 | | 03/01/06 | 03/01/06 | 03/01/06 | Mayor's Certification (Blank) |
| 3A | | 03/01/06 | 03/01/06 | 03/01/06 | Manglona, Ryan I. - Application for Disaster Employment Assistance |
| 4 | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter - Notice of Determination of Entitlement |
| 4A | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter - Application for Disaster Employment Assistance |
| 4C | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter - Mayor's Certification |
| 1 | | 03/01/06 | 03/01/06 | 03/01/06 | Atalig, Nanette E.- Notice of Determination of Entitlement |
| 1C | | 03/01/06 | 03/01/06 | 03/01/06 | Ataliag, Nanette - Mayor's Certification |
| 3C | | 03/01/06 | 03/01/06 | 03/01/06 | Manglona, Ryan I. |
| 5 | | 03/01/06 | 03/01/06 | 03/01/06 | Ramos, Joleen A - Notice of Determination of Entitlement |
| 5C | | 03/01/06 | 03/01/06 | 03/01/06 | Ramos, Joleen A - Mayor's Certification |
| 6 | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Sidney SN - Notice of Determination of Entitlement |
| 6C | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Sidney SN - Mayor's Certification |
| 7 | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. - Notice of Determination of Entitlement |
| 7C | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. Myor's Certification |
| 4B | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter M. - Affidavit notarized by Barbara Dela Cruz (admitted into evidence by Defense) |
| | CC | 03/01/06 | 03/01/06 | 03/01/06 | Manglona, Molly - Notice of Determination |
| 25 | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U.S. Dept. Of Justice and Angelina A. Manglona |
| W4 | | 03/01/06 | | | SYDNEY SN ROSARIO |
| 6A | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Sydney SN Rosario - Application for Disaster Employment Assistance |
| 6B | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Syndey SN - Affidavit Re Disaster Unemployment Assistance |
| 26 | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U.S. Dept. Of Justice and Sydney SN Rosario |
| W5 | | 03/01/06 | | | LORY ANNE S. WEILBACHER |
| 7A | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. - Application for Disaster Employment Assistance |
| 7B | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. - Affidavit Re Disaster Unemployment Assistance |
| 28 | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U.S. Dept. Of Justice and Lory Anne Weilbacher |
| W6 | | 03/01/06 | | | JOLEEN A. RAMOS |
| 5A | | 03/01/06 | 03/01/06 | 03/01/06 | Application for Disaster Employment Assistance |
| 5B | | 03/01/06 | 03/01/06 | 03/01/06 | Affidavit Re Disaster Unemployment Assistance |
| 29 | | 03/01/06 | 03/01/06 | ///// | Agreement between U.S. Dept. Of Justice and Joleen Ramos |
| W7 | | 03/01/06 | | | RYAN J. MANGLONA |
| 30 | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U. S Dept. Of Justice and Ryan Manglona |
| 3B | | 03/01/06 | 03/01/06 | 03/01/06 | Affidavit Re: Disaster Employment Assistance |
| W8 | | 03/02/06 | | | NANETTE ESTRADA ATALIG |
| 1A | | 03/02/06 | 03/02/06 | 03/02/06 | Application for Disaster Employment Assistance |
| 1B | | 03/02/06 | 03/02/06 | 03/02/06 | Affidavit Re Disaster Unemployment Assistance |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W9 | | 03/02/06 | | | DEXTER L. MENDIOLA |
| 4A | | already in evidence | 03/01/06 | 03/01/06 | Dexter L. Mendiola - Application for Disaster Employment Assistance |
| 4B | | already in evidence | 03/01/06 | 03/01/06 | Dexter L. Mendiola - Affidavit notarized by Barbara K. Dela Cruz |
| 32 | | 03/02/06 | 03/02/06 | 03/02/06 | Agreement between the USA and Dexter L. Mendiola |
| 4C | | already in evidence | 03/01/06 | 03/01/06 | Mayor's Certification |
| W10 | | 03/02/06 | 03/02/06 | 03/02/06 | FLAVIAN B. HOCOG |
| | DD | 03/02/06 | 03/02/06 | ///// | Statement to the FBI by Flavian Hocog in 2003 |
| 34 | | 03/02/06 | 03/02/06 | 03/02/06 | Agreement between the USA and Flavian Hocog |