F I L E D
Clerk
District Court

MAR 0 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-05-00004

March 03, 2006
10:00 a.m.

## United States of America -vs- Fermina Atalig

PRESENT:   Hon. Alex R. Munson, Chief Judge
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
Timothy Moran, Assistant U. S. Attorney
Craig Moore, Assistant U.S. Attorney
G. Anthony Long, Attorney for Defendant
Fermina Atalig, Defendant

Proceedings: Jury Trial - Day Five

Government by Timothy Moran and Craig Moore, AUSAs. Defendant, Fermina Atalig was present with counsel, Attorney Anthony Long. Also present was Dana McMahon, Special Agent for the FBI. 12 regular jurors and 2 alternates.

Out of the presence of the jury; Defense objected to the jury instructions.

Government, by Timothy Moran, AUSA, began opening argument to the jury at 10:05 a.m. and finished at 10:50 a.m.

Defense began closing argument to the jury at 10:50 a.m. and finished at 11:35 a.m.

Government, by Timothy Moran, AUSA, began closing argument at 11:35 a.m. and finished at 11:55 a.m.

Jurors were excused from the Courtroom. Discussions were had amongst counsel about verdict forms and instructions.

Court recessed at 12:00 noon and reconvened at 12:10 p.m.

Jurors were escorted back into the Courtroom.

Court gave jury instructions to the jury members.

At 12:45 p.m. the alternates were thanked and excused. Bailiff's were sworn and the jurors, along with the exhibits and verdict form, were escorted into the Jury Deliberation room.

Court recessed at 1:00 p.m. and jurors were escorted to lunch.

Jurors returned at 2:10 p.m. to begin deliberation.

Jurors were excused for the day at 4:30 p.m. and advised to return to the Court at 9:00 a.m. on Monday morning to continue deliberation.

Adjourned at 4:30 p.m.

K. Lynn Lemieux
Courtroom Deputy