Rec.
1:20
3-6-06
[signature]

3/6/06

Judge,

We the jurors have unanimously reached a verdict on all counts.

[signature] Foreperson

FILED
Clerk
District Court

MAR 06 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)