FILED
Clerk
District Court

MAR 0 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,            )   Criminal Case No. 05-00004
                                     )
            Plaintiff,               )
                                     )   VERDICT FORM
    v.                               )
                                     )
FERMINA ATALIG,                      )
                                     )
            Defendant.               )
                                     )
_____)

   We, the jury, render the following unanimous verdict as to Counts One through Eight of Indictment:

   **Count 1**: Conspiracy to Submit False Claims and Make False Statements, from in or about February through June, 2003:

   Not Guilty _____    Guilty ___✓_____

   If Not Guilty, proceed to Count 2.
   If Guilty:    Name at least one Co-conspirator  Angelina Manglona
                 Specify at least one overt act  Count 2 thr 8
                 False statements and
                 Mayor of Rota
                 Certification letter.

-1-

**Count 2**: False Statement, with regard to the application of Flavian B. Hocog:

Not Guilty _____    Guilty ___✓_____

**Count 3**: False Statement, with regard to the application of Dexter M. Mendiola:

Not Guilty _____    Guilty ___✓_____

**Count 4**: False Statement, with regard to the application of Sydney S.N. Rosario:

Not Guilty _____    Guilty ___✓_____

**Count 5**: False Statement, with regard to the application of Lory-Anne S. Weilbacher:

Not Guilty _____    Guilty ___✓_____

**Count 6**: False Statement, with regard to the application of Nanette E. Atalig:

Not Guilty _____    Guilty ___✓_____

**Count 7**: False Statement, with regard to the application of Joleen A. Ramos:

Not Guilty _____    Guilty ___✓_____

**Count 8:** False Statement, with regard to the application of Ryan I. Manglona:

Not Guilty _____   Guilty __✓__

Dated: 03/06/06                                        _____
                                                       Jury Foreperson

CERTIFICATION

I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause.

Dated: 03/06/06                                        _____
Saipan, CNMI                                           Jury Foreperson