# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-05-00004

March 06, 2006
9:00 a.m.

FILED
Clerk
District Court

MAR 06 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## United States of America -vs- Fermina Atalig

PRESENT:   Hon. Alex R. Munson, Chief Judge
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
Timothy Moran, Assistant U. S. Attorney
Craig Moore, Assistant U.S. Attorney
G. Anthony Long, Attorney for Defendant
Fermina Atalig, Defendant

Proceedings:   Day Six (Jury Deliberation)

All twelve jurors were present and began their deliberation at 9:00 a.m.

Jurors were escorted to lunch at 11:30 a.m. and returned at 12:30 p.m.

At 1:20 p.m. jurors sent out a note that they had reached a verdict. All counsel and parties were called to return to the Courtroom. At 2:05 p.m. all parties were present and the jurors were brought into the Courtroom. Also present was U.S. Probation Officer, Margarita Wonenberg.

The verdict was read and recorded as follows: "In the United States District Court for the Northern Mariana Islands; Criminal Case No. 05-00004; United States of America -vs- Fermina Atalig. Verdict. We, the jury, render the following unanimous verdict as to Counts One through Eight of Indictment: Count I: Conspiracy to Submit False Claims and Make False Statements, from in or about February through June, 2003: GUILTY. If Guilty: Name as least one Co-Conspirator: Angelina Manglona. Specify at least one overt act: Counts 2 through 8 - False Statements and the Mayor of Rota's Certification Letter. Count 2: False Statement, with regard to the application of Flavian B. Hocog: GUILTY. Count 3: False Statement, with regard to the application of Dexter M. Mendiola: GUILTY. Count 4: False Statement, with regard to the application of Sydney S.N. Rosario: GUILTY. Count 5: False Statement, with regard to the application of Lory S. Weilbacher: GUILTY. Count 6: False Statement, with regard to the application of Nanette E. Atalig: GUILTY. Count 7: False Statement, with regard to the application of Joleen A. Ramos: GUILTY. Count 8: False Statement, with regard to the application of Ryan I. Manglona: GUILTY. Dated the 6th day of March, 2006 and signed by the Foreperson. CERTIFICATION: I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause. Dated March 6, 2006 and signed by the Jury Foreperson.

Jurors were polled and the verdict was unanimous. Jurors were thanked and excused.

Court advised the defendant that she had been found GUILTY on all counts and set sentencing date for Tuesday, June 13, 2006 at 9:00 a.m. and ordered that the presentence report be due on May 9, 2006.

Attorney Long made a motion to extend the time for post-trial motions until March 27, 2006 ; Government had no objections, Court so ordered.

Court ordered that the defendant remain at liberty under all terms and conditions as previously set.

Adjourned at 2:20 p.m.

K. Lynn Lemieux
Courtroom Deputy