FILED
Clerk
District Court

MAR 06 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-00004 |
| Plaintiff, ) | |
| vs. ) | ORDER SETTING |
| ) | SENTENCING DATE |
| FERMINA ATALIG, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **May 9, 2006.** Sentencing is scheduled for **Tuesday, June 13, 2006** commencing at the hour of nine o'clock a.m.

DATED this 6th day of March, 2006.

*[signature]*
ALEX R. MUNSON, Chief Judge