FILED
Clerk
District Court

MAR 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 05-0004 |
|---|---|
| Plaintiff | ) |
| v. | ) **NOTICE OF MOTION** |
|  | ) **AND MOTION** |
| FERMINA ATALIG | ) |
|  | ) Date: May 18, 2006 |
| Defendant | ) |
|  | ) Time: 9:00 a.m. |

**TO: THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:**

### NOTICE

Please be advised that on May 18, 2006 at 9:00 a.m. or as soon thereafter as possible, the court will hear defendant's motion for judgment of acquittal and new trial.

### MOTION

Defendant hereby moves for a judgment of acquittal on all counts or

Page 1 of 2

alternatively a new trial on all counts. This motion is based upon the memoranda of points and authorities and declaration of counsel filed herewith, and all documents and proceedings of record.

Law Office of G. Anthony Long

By: /s/ G. Anthony Long
G. Anthony Long