FILED
Clerk
District Court

MAR 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant Fermina Atalig

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> v. <br><br> FERMINA ATALIG <br><br> Defendant | ) CRIMINAL ACTION NO. 05-0004 <br> ) <br> ) <br> ) <br> ) **DECLARATION OF COUNSEL** <br> ) **SUPPORTING MOTION FOR** <br> ) **NEW TRIAL** <br> ) <br> ) Date: May 18, 2006 <br> ) <br> ) Timer: 9:00 a.m. |

I, G. Anthony Long, hereby state as follows:

1. I am the attorney for Fermina Atalig, the defendant in this case.

2. Attached hereto as Exhibit 1 is a copy of the handwritten declarion of Angie Manglona.

3. On or about 8:17 p.m. on Monday, February 27, 2006, the evening after the first day of trial, the prosecution sent an 85 page fax to my office. Included in the fax were documents concerning Fermina Atalig's candidacy for the

Page 1 of 2

election. The documentation had not previously been produced or provided by the prosecution.

4. Attached hereto are two of the documents I received on the evening of February 27, 2006.

I declare under penalty of perjury that the above is true and correct and execute this declaration on Saipan on this 27th day of March, 2006.

_____
G. Anthony Long

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801

# EXHIBIT 1

Case 1:05-cr-00004   Document 47   Filed 03/27/2006   Page 3 of 9

1/20/04

I, Angelina A. Manglona, an Administrative Assistant for the Department of Labor, Division of Employment Services. ~~I am~~ under the Supervision of Fermina M. Atalig, Job Placement Officer.

- All information that I provided to the FBI on January 19, 2004 were true and correct to the best of my knowledge. I am doing this statement on my own free will and voluntarily. I will Cooperate with the Federal Government as much as I can remember regarding the DUA Program.

- That ~~to~~ I was instructed by Fermina M. Atalig to give out application, help them fill it out (if ~~they~~ upon request) received, and determine application.

- As I was instructed by Fermina M. Atalig to ~~that we must~~ help all applicant and get ~~...~~ DUA assistance, provided that they submit in their affidavit stating they are farmers or fisher.

- That I never knew ~~that~~ tax report should be provided until all Checks were disbursed, and later to me and Marita Manglona to Call applicants to provide tax report.

[signature] [initials]

- That this program is pressured to me. Fermina Atalig told me to hurry with the determination, because Mr. Patrick Calvo, EMO, called and asked for the DUA Listings. For me, we don't have time to sit and review them carefully.

- That the Mayor's Certification was given to her (Fermina Atalig) to make copies and certify all applicants that received DUA Assistance.

- That some fishers and farmers were only part-time like myself. I went fishing on Saturdays & Sundays before the typhoon Pongsona hit Rota.

- That I was taught by Fermina Atalig how to review applications and if there is a question that I could not understand, I raised it to her.

- That some applications that were submitted to the Department of Labor and interviewed by Fermina M. Atalig, is something to do with her candidacy, that I don't know. She was running for the Special election as a Senator and Mr. Thomas A. Manglona, our former L.G., was her Chairman. Again, that I don't know.

and talked to Velma Manglona to verify if Jake Barcinas is still going to school, and she said yes. But, aagain Mrs. Atalig released the remaining $250.00 and $75 to him or to one of Jake's family members, I don't see or recall.

On March 21, 2003, Fermina Atalig and Marita Manglona went out of the office to seek more applicants, while I stayed in the office receiving applications.

That I know a retired military is receiving money from the military and applied for DU. Assistance. I told Fermina Atalig about this person, and said it is okay because she talked to Diana Hoffs regarding military retirement.

The above statements were true and correct to the best of my knowledge.

_[signature]_ 1/30/04

Witness: SA _[signature]_ 1/20/2004
Witness: Inv. _[signature]_ 1/20/2004

# EXHIBIT 2

F 8:23PM t. of US ATTORNEY'S OFFICE NO. : 6705329 Aug. NO.684 02:44 P.
Case 1:05-cr-00004  Document 47  Filed 03/27/2006  Page 8 of 9
☎ 6705324  ROTA_PER OFFICE  08/08/03 15:  P01

August 06, 2003

Mr. Greg Sablan
Executive Director
Northern Marianas Commonwealth
   Board of Elections
P.O. Box 470
Capitol Hill, House # 1313
Saipan, MP 96950

Dear Director Sablan:

On August 2, 2003, documents were submitted to your Office in compliance of the requirements for my candidacy to the Senate, Northern Marianas Commonwealth Legislature. The intent of my candidacy is for the Special Election that is expected to be determined once the seat of Senator Ricardo S. Atalig is vacated sometime in October, 2003. It is not my intent to be a candidate for the mid-term election in November, 2003. It was an error and not intentional that I submitted my application for candidacy to the Senate for a Special Election that, although is expected, has not been determined yet.

Therefore, I respectfully request my name to be withdrawn as a candidate for Senator in the coming mid-term election in November, 2003. I will follow the correct process for candidacy to the Senate seat expected to be vacated by Senator Ricardo S. Atalig when a Special Election is determined.

I appreciate your understanding and assistance.

Felmina M/Atalig



# COMMONWEALTH ELECTION COMMISSION
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

P.O. Box 500470
Saipan, MP 96950-0470
http://www.votecnmi.gov.mp/

Tel.: (670) 664-VOTE
Fax: (670) 664-8689
Email: cec@saipan.com

AUG 1 8 2003

Ms. Fermina Manglona Atalig
P. O. Box 1045
Rota MP 96951

Dear Ms. Atalig:

    We are returning to you all the documents and petition supporting your nomination for office that you submitted to us on August 2, 2003. We are returning them to you because you wrote to us on August 6, 2003 informing us of your intention to seek election in the prospective special election and not the general election.

    Please resubmit these documents once Governor Juan N. Babauta proclaims a call for the First Senatorial District special election. We will then review them for completion and determine your candidacy eligibility for the special election.

    Thank you for your interest in seeking election to public office. We continue to wish all of you every success in your efforts.

Sincerely yours,

GREGORIO C. SABLAN
Executive Director

Enclosure(s)