LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
 MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:        (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

MAY 0 4 2006

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00004 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION |
| FERMINA ATALIG, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorney, of counsel, and Fermina Atalig, the defendant, by and through her attorney, G. Anthony Long, Esq., that the motion hearing now scheduled for Thursday, May 18, 2006 at 9:00 a.m., shall be rescheduled for **Thursday. May 11, 2006, at 9:30 a.m.**, because of a

/ / /

1 | scheduling conflict with the Court of Appeals.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 4-28-06    By: *(signature)*
Timothy E. Moran
Assistant U.S. Attorney

DATED: 05.03.06    *(signature)*
G. Anthony Long
Attorney for Fermina Atalig

SO ORDERED.

*(signature)*
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

-2-