MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-05-00004                  May 11, 2006
                                 9:20 a.m.

FILED
Clerk
District Court

MAY 11 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

### UNITED STATS OF AMERICA -v- FERMINA ATALIG

PRESENT:     HON. ALEX R. MUNSON, JUDGE PRESIDING
                  K. LYNN LEMIEUX, COURTROOM DEPUTY
                  SANAE SHMULL, COURT REPORTER
                  TIMOTHY MORNA, ASSISTANT U.S. ATTORNEY
                  FERMINA ATALIG, DEFENDANT
                  G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS: MOTION FOR JUDGMENT OF ACQUITTAL & NEW TRIAL

      Defendant was present with Attorney Anthony Long. Government by Timothy Moran AUSA.

      Attorney Long argued the motion. Government argued.

      Court, after hearing all argument, took the matter under advisement and stated that a written order would be forthcoming.

                                          Court adjourned at 10:20 a.m.

                                          K. Lynn Lemieux, Courtroom Deputy