G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-0004 |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| FERMINA ATALIG ) | |
| ) | |
| Defendant ) | |

The parties hereto stipulate and agree that given the schedules of counsel:

1. The sentencing scheduled for June 13, 2006 is continued until August 8, 2006 at 9:00 a.m.

Law Office of G. Anthony Long            UNITED STATES ATTORNEY
                                         FOR GUAM AND THE N.M.I.

By _____              By _____
    G. Anthony Long                         Timothy E. Moran
    Attorney for Defendant                  Assistant United States Attorney

So **ORDERED** this 31st day of May, 2006.

_____
Alex R. Munson
Judge, District Court