FILED
Clerk
District Court

JUL 26 2006

For The Northern Mariana Islands
By _____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERMINA ATALIG,<br><br>Defendant. | Criminal Action No. 05-00004<br><br>Order Rescheduling<br>Sentencing |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

IT IS ORDERED that the Sentencing in the above case set for Tuesday, August 8, 2006, at 9:00 a.m., is rescheduled to Wednesday, August 9, 2006, at 9:00 a.m.

DATED this 26th day of July, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)