# United States District Court
## District of the Northern Mariana Islands

FILED
Clerk
District Court

AUG 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　 )<br>　　　-v-　　　　　　　　　 )<br>　　　　　　　　　　　　　 )<br>　FERMINA ATALIG　　　　, )<br>　　　　　　　　Defendant, ) | **NOTICE OF APPEAL**<br><br>D.C. DOCKET NUMBER: 05-00004<br><br>JUDGE ALEX R. MUNSON<br>(District Court Judge) |

Notice is hereby given that FERMINA ATALIG appeals to the United States Court of Appeals for the Ninth Circuit from the:

- [x] Conviction only (Fed. R. Crim P. 32(b))
- [x] Conviction and sentence
- [ ] Sentence only (18 U.S.C. Sec. 3742)
- [x] Order (specify)_____

_____ entered on this action on 08/10/06
　　　　　　　　　　　　　　　　　　　　　　　　(date)

Sentence imposed: 24 MONTHS CURRENTLY ON 8 COUNTS

Bail status: ATALIG IS ON RELEASE PENDING APPEAL

　　　　　　　　　　　　　　　　　G. ANTHONY LONG
　　　　　　　　　　　　　　　　　(Counsel for Appellant)

Date: AUGUST 18, 2006　　　Address: P.O. BOX 504970

　　　　　　　　　　　　　　　　　　SAN JOSE, SAIPAN MP,
　　　　　　　　　　　　　　　　　　96950

Phone number: (670) 235-4802　　Fax number: (670) 235-4802

Name of Court Reporter: SANAE N. SHMULL

Transcript required:　Yes [x]　No [ ]
If "Yes", date ordered or to be ordered 8-25-06 (including arrangements for payment with court reporter)

[If transcript required, complete Transcript Order Form CA9-036, contact court reporter immediately to make arrangements for transcription].
[CA9-88-1NOA]