F I L E D
Clerk
District Court

AUG 2 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## DEPARTMENT OF JUSTICE

### NOTICE OF LIEN FOR FINE AND/OR RESTITUTION
### IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
### EFFECTIVE DEATH PENALTY ACT OF 1996

United States Attorney's Office for
the Districts of Guam and the NMI

Serial Number
001

**NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

Name of Defendant: Fermina Atalig          Address:     Rota, MP  96951
              SSN:   XXX-XX-6853
              DOB:   XX-XX-1957

Court Imposing Judgment:    U.S. District Court for the Northern Mariana Islands
        Court Number:    CR-05-00004

Amount of Judgment:    $23,750.00 Restitution and $5,000.00 Fine
  Date of Judgment:    08-09-2006
  Entry of Judgment:    08-10-2006

Rate of Interest When Payment is Deferred by Court:      5.10%

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. §3612(g).

**IMPORTANT RELEASE INFORMATION**--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than twenty years plus term of imprisonment.

Place of Filing:    U.S. District Court for the NMI &
The Commonwealth Recorder

This notice was prepared and signed at U.S. Attorney's Office on this, the __24th__ day of August, 2006.

Signature                                                Title

_____                                 Assistant U.S. Attorney
MARIVIC P. DAVID                                         (671) 472-7332
marivic.david@usdoj.gov

---

UNITED STATES OF AMERICA,              CLERK'S OFFICE              U.S. DISTRICT COURT
                                                                  FOR THE DISTRICT FOR THE NMI
                                                                                          SS.

I CERTIFY, That the foregoing is a correct Notice of Lien for Fine and/or Restitution entered or registered by this Court.

Date,                                   AUG 2 5 2006
                                        _____

                                        GALO L. PEREZ                    , Clerk.
                                        _____
                                  By _____ , Deputy Clerk.