IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. __CR 05-0004__

Short Case Title __USA v. Atalig__

Date Notice of Appeal Filed by Clerk of District Court __August 21, 2006__

**SECTION A - To be completed by party ordering transcript:**

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
| **** SEE ATTACHED **** | | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pretrial Proceedings |
|  |  | Other (please specify) |

(attach additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X)  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporte. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __August 29, 2006__

Estimated date for completion of transcript _____

Type or Print Name __G. Anthony Long__

Signature of Attorney _____  Phone Number __(670) 235-4802__

Address __P.O. Box 504970, Saipan, MP 96950__

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

SPECIFIC INSTRUCTIONS FOR ATTORNEYS
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). (Make additional copie if necessary.)
    Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

The trial commenced on February 27, 2006 and was submitted to the jury on March 3, 2006. Sentencing was held on August 9, 2006. A transcript of the following is requested:

1. Opening statements

2. All trial testimony

3. All objections at trial and ruling on the objections

4. All sidebar conferences

5. Motions for acquittal at the close of the prosecution's case in chief and at the close of the evidence.

6. Objections to jury instructions

7. Closing arguments

8. Instructions to jury

9. The entire sentencing hearing