**ATALIG_F.stpgar**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00004 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION FOR WRIT OF CONTINUING GARNISHMENT** |
| FERMINA MANGLONA ATALIG, | ) | |
| Defendant, | ) | |
| BANK OF GUAM, | ) | |
| Garnishee. | ) | |

WHEREAS Defendant, FERMINA MANGLONA ATALIG, P.O. Box XXXX, Rota, MP 96950, Social Security Number XXX-XX-6853, and joint account holder, Martin Songao Atalig, Social Security Number XXX-XX-8595, have requested that monies available in the judgment defendant and joint account holder's account number XXXXXX4993, in the amount of $500.00 per month beginning September 30, 2006 and continuing thereafter at the end of every month, be made payable to the Clerk, U.S. District for the NMI for payment toward Defendant FERMINA MANGLONA ATALIG's restitution and fine that are due and owing;

//
//
//

1  Plaintiff, UNITED STATES OF AMERICA, and Defendant, FERMINA MANGLONA
2  ATALIG, and joint account holder Martin Songao Atalig hereby jointly move the Court for an
3  order of a writ of continuing garnishment on the monies available in the judgment defendant and
4  joint account holder's account number XXXXXX4993, in the amount of $500.00 per month,
5  beginning September 30, 2006 and continuing thereafter at the end of every month, until
6  Defendant FERMINA MANGLONA ATALIG's restitution and fine obligation are paid in full.
7  The parties further agree that this garnishment may thereafter be further modified and
8  amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a
9  new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order
10 for Continuing Garnishment.

11
12 Dated: 9-07-06                                     _____
13                                                    FERMINA MANGLONA ATALIG
                                                      Defendant
14
15 Dated: 9-11-2006                                   _____
                                                      MARTIN SONGAO ATALIG
16                                                    Joint Account holder

17
18                                                    LEONARDO M. RAPADAS
                                                      United States Attorney
19                                                    Districts of Guam and the NMI

20 Dated: 9-19-06
21                                              By:   _____
                                                      MARIVIC P. DAVID
22                                                    Assistant U.S. Attorney
                                                      `marivic.david@usdoj.gov`

23
24 APPROVED:

25 F. MICHAEL CRUZ
   Chief Probation Officer
26 Districts of Guam and the NMI

27
28 By:  _____
       MARGARITA WONENBERG
       U.S. Probation Officer

- 2 -