```
ATALIG_F.writgar
```

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

F I L E D
Clerk
District Court

SEP 2 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FERMINA MANGLONA ATALIG,<br><br>　　　　　Defendant,<br>_____<br>BANK OF GUAM,<br><br>　　　　　Garnishee.<br>_____ | CRIMINAL CASE NO. 05-00004<br><br>**WRIT OF CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff, Defendant and joint account holder for an order of Writ of Continuing Garnishment on Defendant, FERMINA MANGLONA ATALIG and joint account holder, Martin Songao Atalig's account number XXXXXX4993, in the amount of $500.00 per month, beginning September 30, 2006 and continuing thereafter at the end of every month;

//
//
//

     IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on account number XXXXXX4993, in the amount of $500.00 per month of FERMINA MANGLONA ATALIG, Social Security Number XXX-XX-6853, and joint account holder, Martin Songao Atalig, Social Security Number XXX-XX-8595, beginning September 30, 2006 and continuing thereafter at the end every month, until further notice.

     Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT FOR THE NMI**

and mailed to:

    U.S. District Court for the Northern Mariana Islands
    2nd Floor, Horiguchi Building, Garapan
    P.O. Box 500687
    Saipan, MP 96950

DATED this 22nd day of September, 2006.

                                          ALEX R. MUNSON
                                          Chief Judge
                                          District Court for the Northern
                                            Mariana Islands

RECEIVED
SEP 2 0 2006
Clerk
District Court
The Northern Mariana Islands