**ATALIG_F.pet**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00004 |
| Plaintiff, ) | |
| v. ) | PETITION TO STAY DISBURSEMENT OF RESTITUTION |
| FERMINA ATALIG, ) | |
| Defendant. ) | |

PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order staying the disbursement of restitution to the restitution recipient in the above entitled action and in support hereof, states as follows:

1. On or about August 9, 2006, sentence was imposed by this Court against Defendant FERMINA ATALIG (hereinafter referred to as "Defendant ATALIG").  Among other things, restitution in the amount of $23,750.00 and a $5,000.00 fine were ordered.

2. Defendant ATALIG is currently at liberty under the same conditions of release as previously set by this Court until appeal in this matter is finalized.

3. Defendant ATALIG has agreed to the garnishment of her Bank of Guam account in the amount of $500.00 per month as payment toward the imposed restitution and fine.

4.      In the interest of justice, any amount paid towards the restitution in this case shall be held until the appeal in this matter is completed.

DATED this 19th day of September, 2006.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the NMI


By:     */s/ Marivic P. David*
        MARIVIC P. DAVID
        Assistant U.S. Attorney
        marivic.david@usdoj.gov