ATALIG_F.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00004 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | Re: United States Petition to Stay |
| FERMINA ATALIG, | ) | Disbursement of Restitution |
| | ) | |
| Defendant. | ) | |

Based upon the Plaintiff's Petition to Stay Disbursement of Restitution, the Court hereby orders that any amount paid towards the restitution in this case shall be held until the appeal in this matter is completed.

IT IS SO ORDERED, this 27TH day of September, 2006.

ALEX R. MUNSON
Chief Judge
District Court for the Northern
    Mariana Islands