**ATALIG_F.svc2**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:   (671) 472-7332
FAX:   (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00004 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| FERMINA MANGLONA ATALIG, | ) | |
| Defendant, | ) | |

        I hereby certify that on **September 26, 2006**, I electronically filed the following: **Petition to Stay Disbursement of Restitution** with the Clerk of Court using the CM/ECF system.  A copy of the following documents: **Petition to Stay Disbursement of Restitution** and **Order Re: United States Petition to Stay Disbursement of Restitution** were sent to the defendant and defendant's attorney by mail on **September 28, 2006**

                                LEONARDO M. RAPADAS
                                United States Attorney
                                Districts of Guam and the NMI

DATED: 9/28/06            By:    /s/ Marivic P. David
                                MARIVIC P. DAVID
                                Assistant U.S. Attorney
                                marivic.david@usdoj.gov