**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00004 |
| | ) | |
| Plaintiff, | ) | Garapan, Saipan |
| | ) | February 27, 28, 2006 |
| vs. | ) | & March 1,2,3, 2006 |
| | ) | |
| FERMINA MANGLONA ATALIG, | ) | **REPORTER'S TRANSCRIPT OF JURY TRIAL** |
| | ) | |
| Defendant. | ) | VOLUME I - Pages 1 - 341 |
| | ) | |

BEFORE THE HONORABLE ALEX R. MUNSON,
CHIEF JUDGE and Jury
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

OCT - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:    Timothy Moran & Craig Moore
                  Assistant United States Attorneys
                  MARIANAS DISTRICT
                  Horiguchi Building, Third Floor
                  P. O. Box 500377
                  Saipan, MP 96950
                  Telephone: (670) 236-2986
                  Facsimile: (670) 236-2945
                         and
                  Dana McMahon, Special Agent, FBI

For Defendant     G. Anthony Long
   Mr. F. M. Atalig:    Attorney at Law
                  Saipan, MP 96950
                  Telephone: (670) 235-4802
                  Facsimile: (670) 235-4801

Also present:     Defendant Ms. Fermina M. Atalig & Mr. Long's Secretary

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950-5128