**ORIGINAL**

342

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00004 |
|  | ) |  |
| Plaintiff, | ) | Garapan, Saipan |
|  | ) | March 1, 2, 3, 2006 |
| vs. | ) |  |
|  | ) |  |
| FERMINA MANGLONA ATALIG, | ) | **REPORTER'S TRANSCRIPT OF JURY TRIAL** |
|  | ) |  |
| Defendant. | ) | VOLUME II - Pages 342 - 678 |
|  | ) |  |

BEFORE THE HONORABLE ALEX R. MUNSON,
CHIEF JUDGE and Jury
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

OCT - 6 2006

For The Northern Mariana Islands

By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:          Timothy Moran & Craig Moore
                        Assistant United States Attorneys
                        MARIANAS DISTRICT
                        Horiguchi Building, Third Floor
                        P. O. Box 500377
                        Saipan, MP 96950
                        Telephone: (670) 236-2986
                        Facsimile: (670) 236-2945
                                and
                        Dana McMahon, Special Agent, FBI

For Defendant          G. Anthony Long
  Mr. F. M. Atalig:    Attorney at Law
                        Saipan, MP 96950
                        Telephone: (670) 235-4802
                        Facsimile: (670) 235-4801

Also present:          Defendant Ms. F. M. Atalig & Mr. Long's Secretary

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950-5128