UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 2 6 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>FERMINA ATALIG,<br><br>Defendant - Appellant. | No. 06-10511<br><br>D.C. No. CR-05-00004-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

FILED
Clerk
District Court

JAN - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Appellee's motion for an extension of time in which to file the answering brief is granted. The answering brief is due February 14, 2007. The optional reply brief is due 14 days after service of the answering brief.

Further delay in filing the answering brief is disfavored.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

_____
Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 12.11