**FILED**

**FEB 23 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-10511 |
| Plaintiff - Appellee, | D.C. No. CR-05-00004-ARM |
| v. | District of the Northern Mariana Islands |
| FERMINA ATALIG, | |
| Defendant - Appellant. | ORDER |

**FILED**
Clerk
District Court

MAR - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

The parties' stipulation to correct the record is construed as a motion to correct the record. So construed, the motion is denied without prejudice to the filing or a renewed motion to correct the record before the district court pursuant to Federal Rule of Appellate Procedure 10(e)(2)(b).

For the Court:

CATHY A. CATTERSON
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 2.19