LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:       (670) 236-2985

Attorneys for United States of America

F I L E D
Clerk
District Court

MAR - 8 2007

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FERMINA ATALIG,<br><br>　　　　Defendant. | Criminal Case No. 05-00004<br><br><u>PARTIES' MOTION TO CORRECT THE RECORD BY STIPULATION</u> |

　　　Pursuant to Federal Rule of Appellate Procedure 10(e)(2)(b), the United States, by its undersigned counsel, and the defendant, Fermina Atalig, by and through her undersigned counsel, G. Anthony Long, Esq., hereby move this Honorable Court to correct one page of the record. The parties state that:

　　　1. Line 12 of page 362 of the Reporter's Transcript of trial should read "We can get the certified document." The original transcript read "have". Line 14 is unchanged.

　　　2. On February 2, 2007, the Official Court Reporter notified the parties of this change. A copy of her letter and the corrected page of the transcript are attached.

3. On February 2, 2007, Attorney Long listened to the tape and verified the change to line 12.

4. The parties previously filed a stipulation in the Court of Appeals to have the record corrected. By an Order dated February 23, 2007, the Court ruled that "the motion is denied without prejudice to the filing or a renewed motion to correct the record before the district court pursuant to Federal Rule of Appellate Procedure 10(e)(2)(b).

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 3/5/07              By: /s/ Timothy E. Moran
                                TIMOTHY E. MORAN
                                Assistant United States Attorney

LAW OFFICE OF G. ANTHONY LONG
Counsel to Fermina Atalig

DATED: 03-07-07            By: /s/ G. Anthony Long
                                G. ANTHONY LONG

SO ORDERED.

/s/ Alex R. Munson
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

-2-

RECEIVED
MAR - 8 2007
Clerk
District Court
The Northern Mariana Islands



**SANAE N. SHMULL**
P. O. BOX 5128
SAIPAN, MP 96950

**FAXED**                                                                 Telephone: (670) 236-2996

February 2, 2007

G. Anthony Long
Attorney at Law
P. O. Box 504970
Saipan, MP 96950

Re: **USA v. FERMINA M. ATALIG, CR.05-00004**

Dear Mr. Long:

On page 362, Volume II of above-referenced matter, please have Pam San Nicolas replace the page with this corrected version of the statement. Mr. Moran asked me to double check **line 12** to see whether the word is "have" or "can get." The transcript that I did read as follows:

   MR. LONG: We **"have"** the certified document.

Another transcript by someone else read as follows:

   MR. LONG: We **"can get"** the certified document.

Upon double checking my steno notes and verifying the words on the tape, the correct version should be:

   MR. LONG: We **"can get"** the certified document.

Line 14 is as is. Both original and court copy have been replaced.

Thank you.

*Sanae N. Shmull*
Official Court Reporter

Attachment: Page 362

cc: Mr. Moran, AUSA
    Court File, Cr.05-00004



A    No, it was 2002.

MR. LONG:  Your Honor, this court can take judicial notice or we can do this, the court can take judicial notice --

THE COURT:  The court could take judicial notice if the court remembered.

MR. LONG:  Yeah, it was April, I think it was like April 27th, 2003, if I'm not mistaken.

MR. MORAN:  Objection, Your Honor.  The lawyer is testifying.

MR. LONG:  We can get the certified document.

THE COURT:  Sustained.

MR. LONG:  We have certified document, Your Honor.  Okay, no further questions, Your Honor.

**(End of Mr. Long's cross of Angelina Atalig Manglona.)**

THE COURT:  Anything further?  May this witness be excused?

MR. MORAN:  Nothing further, Your Honor.

THE COURT:  Thank you, Ms. Manglona.  You are excused.  You may step down.

**(End of Angelina Atalig Manglona's testimony.)**

You may call your next witness.

MR. MOORE:  (No audible response.)

THE CLERK:  Please raise your right hand.  Do you solemnly




UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 23 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>FERMINA ATALIG,<br><br>Defendant - Appellant. | No. 06-10511<br><br>D.C. No. CR-05-00004-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |
|---|---|

The parties' stipulation to correct the record is construed as a motion to correct the record. So construed, the motion is denied without prejudice to the filing or a renewed motion to correct the record before the district court pursuant to Federal Rule of Appellate Procedure 10(e)(2)(b).

For the Court:

CATHY A. CATTERSON
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
  and Ninth Circuit 27-10

pro 2.19

------------------------------------------------------

Timothy E. Moran Esq.
USNMI - OFFICE OF THE U.S. ATTORNEY
P.O. Box 500377
Saipan, MP 96950

------------------------------------------------------

je
06-10511