**ATALIG_F.aacg**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00004 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ANNUAL ACCOUNTING** |
| ) | **IN GARNISHMENT** |
| FERMINA ATALIG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

To:   Bank of Guam
      Rota Branch
      P.O. Box 860
      Rota, MP 96951

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about September 22, 2006, $6,000.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 18th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By:   /s/ Marivic P. David
      MARIVIC P. DAVID
      Assistant U.S. Attorney
      marivic.david@usdoj.gov