

**Report Level:**  Report Date: 10/17/2007

| Cdcs Nbr | Cdcs Seq | Name Last | Name First | Court Nbr | Priority Code | Curr Liability |
|---|---|---|---|---|---|---|
| 2006A73374 | 001 | Atalig | Fermina | CR-05-00004 | 04 | $ 24,522.10 |

**Payments:**

| Seq Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | 08/09/2006 | CL | A | 08188 | | CASH | | 08/21/2006 | $ 800.00 | $ 28,750.00 |
| 0004 | PMNT | 12/07/2006 | GC | H | 08416 | | 770719 | | 12/11/2006 | $ 1,000.00 | $ 28,171.80 |
| 0005 | PMNT | 01/04/2007 | GC | H | 08453 | | 770745 | | 01/05/2007 | $ 1,000.00 | $ 27,280.37 |
| 0006 | PMNT | 02/23/2007 | GC | H | 08533 | | 770783 | | 02/23/2007 | $ 1,000.00 | $ 26,467.25 |
| 0007 | PMNT | 04/09/2007 | GC | H | 08611 | | 770813 | | 04/12/2007 | $ 500.00 | $ 26,129.16 |
| 0008 | PMNT | 05/07/2007 | GC | H | 08649 | | 770835 | | 05/07/2007 | $ 500.00 | $ 25,727.94 |
| 0009 | PMNT | 06/01/2007 | GC | H | 08683 | | 770853 | | 06/01/2007 | $ 500.00 | $ 25,314.40 |
| 0010 | PMNT | 06/29/2007 | GC | H | 08739 | | 770872 | | 06/29/2007 | $ 500.00 | $ 24,909.27 |
| 0011 | PMNT | 08/02/2007 | GC | H | 08792 | | 770888 | | 08/03/2007 | $ 500.00 | $ 24,522.10 |
| Total: | | | | | | | | | | $ 6,300.00 | |

**Reversals**

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: | | | | | | | | | | | |