**ATALIG_F.svc3**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00004 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| FERMINA MANGLONA ATALIG, | ) | |
| Defendant, | ) | |
| BANK OF GUAM, | ) | |
| Garnishee. | ) | |

I hereby certify that on **October 18, 2007**, I electronically filed the following: **Annual Accounting in Garnishment** with the Clerk of Court using the CM/ECF system and a copy was sent to the defendant, defendant's attorney and garnishee by mail on **October 19, 2007**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 10/19/07            By:    /s/ Marivic P. David
                                  MARIVIC P. DAVID
                                  Assistant U.S. Attorney
                                  marivic.david@usdoj.gov