UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>FERMINA ATALIG,<br><br>Defendant - Appellant. | No. 06-10511<br><br>D.C. No. CR-05-00004-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

F I L E D
Clerk
District Court

DEC - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before: ALARCÓN, BERZON, and TALLMAN, Circuit Judges.

The panel has voted to deny the petition for panel rehearing. Judges Berzon and Tallman have voted to deny the petition for rehearing en banc and Judge Alarcón so recommends.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.