FILED
Clerk
District Court

DEC -6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 05-00004 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER DIRECTING |
| | ) | DEFENDANT TO SURRENDER |
| FERMINA ATALIG, | ) | TO U.S. MARSHALS |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

THE COURT has received the November 19, 2007, order of the U.S. Court of Appeals for the Ninth Circuit, denying the petition for panel rehearing and denying the petition for rehearing *en banc*. Final judgment was entered November 27, 2007, affirming the defendant's convictions. Accordingly, the mandate of the U.S. Court of Appeals for the Ninth Circuit having been entered,

AO 72
(Rev. 08/82)

IT IS ORDERED that defendant shall surrender to the U.S. Marshal on Saipan no later than noon, Friday, December 7, 2007, to begin serving the sentence imposed upon her by this court.

DATED this 6th day of December, 2007.

_____
ALEX R. MUNSON
Judge

2