**FILED**
Clerk
District Court

DEC -7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**RECEIVED**

DEC 06 2007

US MARSHALS SERVICE-CNMI

IN THE ~~USDC NMI~~
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Proof of service-Com. R. Civ. P.
(Use separate Proof of Service for each person served)

I served the Summons and Complaint _____   Case Number: **05-00004**

____ Noticed of Motion   ____ Order to show cause or other

____ Notice of Trial/Hearing   **X X** Other (Specify): **ORDER DIRECTING DEFENDANT TO SURRENDER TO US MARSHALS**

As follows:

1. Person served and Title (if any): **MRS FERMINA M. ATALIG**
2. Person with whom left and title or relationship to person served: _____
3. Date and time of delivery: **DECEMBER 06, 2007  5:50 PM**
4. Mailing date, type of mail and place of mailing: **PO BOX 1045 ROTA MP 96951**
5. Address where served: **MRS. ATALIG'S RESIDENCE IN SINAPALO 1**
6. Manner of Service. (check proper box)

   ✓ (Personal Service) By personally delivering copies to the person served and, if he/she stated he/she was unable to read them, by orally explaining the substance of the paper to him/her, in any language understood by him/her, otherwise in a language generally understood in the locality.

   ___ (Delivery Service) By leaving a copy of the papers served (or an translation thereof) at his/her dwelling house or usual place of abode with some person not less than eighteen years of age and of sound mind then residing therein, and if the person with whom the copies or translation are left stated he or she was unable to read them, also orally explained the substance of them as if personal service was made. The name of the person served was _____.

   ___ By delivering a copy of the papers served (or a translation thereof) to an agent authorized by appointment or by law to receive service of process.

   ___ Upon corporation, clan, lineage, partnership joint stock company, trading association, or unincorporated association, by delivering a copy of the papers served (or a translation thereof) to an officer, chief or head, a managing or general agent, or to any other agent, authorized by appointment or by law to received service of process.

   ___ Upon the Government or an agency thereof or an official from the government by delivering a copy of the papers served (or a translation thereof) or the Attorney General or on the official name or agency named or chief executive officer of the governmental organization. The name of the person served was: _____

   ___ I was unable to make service because _____



**RECEIVED**
DEC 06 2007
US MARSHALS SERVICE

(to be completed by police (server))

I certify that the above is an accurate report
Of my action in this matter.

Date: DEC. 06, 2007  5:50 PM

DET. EUSEBIO M. MANGLONA
DET. FRANCIS B. MANGLONA
Police Process Server

(To be completed by process Server other than Police)

I hereby make oath, or affirm, that the above is an
Accurate report of my action. I am over the age of 18
And not a part to this action.

Date: _____

_____
Private Person specially appointed

Subscribe to an sworn (affirmed) to before me on the
Date above.

_____
Clerk of Court or Notary Public

Per Request by CIDUSM Calvert
on behalf of order by USDC NMI
Chief Judge Alex R. Munson

CIDUSM #3086
USMS NMI
670-236-2950