UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS
******************************************************************************************

CR- 05-00004-001 							December 7, 2007
									11:20 a.m.

**UNITED STATES OF AMERICA -v- FERMINA ATALIG**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Courtroom Deputy
           ERIC O'MALLEY, Assistant U. S. Attorney
           G. ANTHONY LONG, Counsel for Defendant
           FERMINA ATALIG, Defendant

PROCEEDING:   STATUS HEARING

Defendant was present with her counsel, Attorney G. Anthony Long. Government by , Eric O'Malley, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

Attorney Long moved that the defendant remain at liberty on terms and conditions until a prison facility has been designated.

Government objected to the motion.

Court, after hearing all testimony and argument, DENIED the motion and ordered the defendant surrender to the U.S. Marshal at 12 noon today.

Adj. 11:30 a.m.

/s/ K. Lynn Lemieux, Courtroom Deputy