FILED
Clerk
District Court

DEC -7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> FERMINA ATALIG, ) <br> ) <br> Defendant ) <br> _____ ) | Criminal No. 05-00004 <br><br> NOTICE OF ORDER DENYING DEFENDANT'S ORAL MOTION TO DELAY OR DEFER SURRENDER TO U.S. MARSHALS |

THIS MATTER came before the court this morning on defendant's oral motion to delay or defer compliance with the court's order that she surrender by noon today to the U.S. Marshals Service. Plaintiff appeared by and through its attorney, Eric O'Malley; defendant appeared personally and by and through her attorney, G. Anthony Long.

AO 72
(Rev. 08/82)

Defendant's motion for a delay in her surrender to federal authorities was denied. She cited the need for more time to arrange her affairs before she surrendered and also the upcoming holiday season and her desire to spend it with her family. The court found neither argument persuasive. Defendant was convicted and sentenced more than a year ago. During that time she has remained free pending appeal. Once her appeal was denied, she was certainly put on notice that imprisonment could be imminent and she had time then to arrange her affairs. As for her desire that she be allowed to enjoy the holiday season with her family, it is the court's strong belief that the interests of society and justice demand that defendant now begin serving the sentence imposed upon her. She has been accorded full due process and the opportunity to avail herself of appellate remedies. Accordingly, her motion to delay or defer her surrender was denied and the court's original order stands.

IT IS SO ORDERED.

DATED this 7th day of December, 2007.

_____
ALEX R. MUNSON
Judge