FILED
Clerk
District Court

JUN -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 05-00004 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER LIFTING STAY |
| ) | OF REIMBURSEMENT |
| FERMINA ATALIG, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

BY ORDER dated September 27, 2006, the court stayed disbursement of funds to be paid towards restitution until the conclusion of the appeal. The conviction was affirmed. Accordingly,

IT IS ORDERED that the court's order of September 27, 2006, staying disbursement of restitution be and hereby is lifted and the Clerk of Court shall disburse all money currently being held by the court to the U.S. Department of Labor, as well as any future money to the same recipient as and when it comes in.

DATED this 2nd day of June, 2008.

_____
ALEX R. MUNSON
Judge