F I L E D
Clerk
District Court

JUL 21 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00004 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| FERMINA ATALIG, | ) | |
| Defendant. | ) | |

Office of the U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

G. Anthony Long
P.O. Box 504970
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the jury trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   21st   day of   July  , 2008

GALO L. PEREZ
Clerk of Court
U.S. District Court
Northern Mariana Islands

O 187

# EXHIBIT AND WITNESS LIST

| | | | | | **District Court** Northern Mariana Islands |
|---|---|---|---|---|---|
| **U. S. A. -vs- FERMINA ATALIG** | | | | | |
| **Government's Attorney** Timothy Moran and Craig Moore, AUSAs | | | **Defendant's Attorneys** G. Anthony Long, Esq. | | **Docket Number:** CR-05-00004-001 **Trial Date(s):** February 27, 2006 - March 2, 2006 |
| **Presiding Judge** Alex R. Munson, Chief Judge | | | **Court Reporter** Sanae Shmull | | **Courtroom Deputy** K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 02/27/06 | | | ALFRED PANGELINAN |
| 8 | | 02/27/06 | 02/27/06 | 02/27/06 | Memorandum to Bernadito Palacios from DUA Program Coordinator dated 03/25/03 |
| 9 | | 02/27/06 | 02/27/06 | 02/27/06 | Memorandum to Bernadito Palacios from DUA Program Coordinator dated 04/07/03 |
| 16 | | 02/27/06 | 02/27/06 | 02/27/06 | Letter to Fermina Atalig from Alfred Pangelinan dated 04/24/03. |
| 10 | | 02/27/06 | 02/27/06 | 02/27/06 | Memorandum to Bernadito Palacios from DUA Program Coordinator dated 04/23/03 |
| 18 | | 02/27/06 | 02/27/06 | 02/27/06 | 06/10/03 Letter to Jamie Bachinski from Alfred Pangelinan |
| 15 | | 02/27/06 | 02/27/06 | 02/27/06 | 04/23/03 Memo re Reimbursement to Rota DOL from DUA Program |
| 14 | | 02/27/06 | 02/27/06 | 02/27/06 | Fermina Atalig Timesheet dated 01/24/03 |
| 17 | | 02/28/06 | 02/28/06 | 02/28/06 | 04/28/03 Fax Letter to Alfred Pangelinan from Fermina Atalig. |
| 11 | | 02/28/06 | 02/28/06 | 02/28/06 | 06/05/03 Memo re Check Processing for DUA Program Beneficiaries List |
| 12 | | 02/28/06 | 02/28/06 | 02/28/06 | 7/11/03 Memo re Check Processing for DUA Program Beneficiaries List |
| | A | 02/28/06 | 02/28/06 | 02/28/06 | DUA Handbook |
| | W | 02/28/06 | 02/28/06 | 02/28/06 | Transmittal from Fermina Atalig to Alfred Pangelinan re: Disaster Assessment Report |
| | E | 02/28/06 | 02/28/06 | 02/28/06 | Travel Voucher Documents for Alfred Pangelinan |
| | X | 02/28/06 | 02/28/06 | 02/28/06 | Memo to Secretary, DOLI from Alfred Pangelinan |
| | Y | 02/28/06 | 02/28/06 | 02/28/06 | Letter to Mr. Armando Quiroz dated 4-8-2003 |
| | Z | 02/28/06 | 02/28/06 | Admitted conditionally | Letter to Mr. Armando Quiroz dated 4-9-2003 |
| | AA | 02/28/06 | 02/28/06 | 02/28/06 | Letter from John Humphrey of Us Department of Labor dated 4-10-2003 |
| | Q | 02/28/06 | 02/28/06 | Admitted for limited purpose | April 2, 2003 letter from Mayor Manglona to Jamie Bachinski |
| | P | 02/28/06 | 02/28/06 | | April 1, 2003 letter from Floria Piubs Mesngon to Thomas Manglona |
| | R | 02/28/06 | 02/28/06 | 02/28/06 | April 8, 2003 letter from Alfred Pangelinan to Armando Quiroz |
| 22 | | 02/28/06 | 02/28/06 | 02/28/06 | Attachments to Defendant's Ex. Z (Letter to Armando Quiroz dated 4-9-2003) |
| 23 | | 02/28/06 | 02/28/06 | 02/28/06 | Letter to Jamie Bachinski dated 1-23-2003 |
| W2 | | 02/28/06 | | | DIANNE HOFF |
| 13 | | 02/28/06 | 02/28/06 | 02/28/06 | DUA Handbook |
| 20 | | 02/28/06 | 02/28/06 | 02/28/06 | Disaster Unemployment Assistance Brochure |
| | C | 02/28/06 | 02/28/06 | 02/28/06 | Transmittal from Jamie Bachinski to Dianne Hoff re: Guam Forms |
| | J | 02/28/06 | 02/28/06 | 02/28/06 | Rota DOLI who underwent training |
| | BB | 02/28/06 | 02/28/06 | 02/28/06 | Email from Dianne Hoff to Fermina Atalig on 02/28/2003 |
| W3 | | 03/01/06 | | | ANGELINA ATALIG MANGLONA |
| 24 | | 03/01/06 | 03/01/06 | 03/01/06 | Memo from Mayor Benjamin Manglona |
| 2A | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Application for Disaster Employment Assistance |
| 2B | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Affidavit re: Disaster Unemployment Assistance |

nclude a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2C | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Mayor's Certification |
| 2 | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Notice of Determination of Entitlement |
| 19 | | 03/01/06 | 03/01/06 | 03/01/06 | Mayor's Certification (Blank) |
| 3A | | 03/01/06 | 03/01/06 | 03/01/06 | Manglona, Ryan I. - Application for Disaster Employment Assistance |
| 4 | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter - Notice of Determination of Entitlement |
| 4A | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter - Application for Disaster Employment Assistance |
| 4C | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter - Mayor's Certification |
| 1 | | 03/01/06 | 03/01/06 | 03/01/06 | Atalig, Nanette E.- Notice of Determination of Entitlement |
| 1C | | 03/01/06 | 03/01/06 | 03/01/06 | Ataliag, Nanette - Mayor's Certification |
| 3C | | 03/01/06 | 03/01/06 | 03/01/06 | Manglona, Ryan I. |
| 5 | | 03/01/06 | 03/01/06 | 03/01/06 | Ramos, Joleen A - Notice of Determination of Entitlement |
| 5C | | 03/01/06 | 03/01/06 | 03/01/06 | Ramos, Joleen A - Mayor's Certification |
| 6 | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Sidney SN - Notice of Determination of Entitlement |
| 6C | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Sidney SN - Mayor's Certification |
| 7 | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. - Notice of Determination of Entitlement |
| 7C | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. Myor's Certification |
| 4B | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter M. - Affidavit notarized by Barbara Dela Cruz (admitted into evidence by Defense) |
| | CC | 03/01/06 | 03/01/06 | 03/01/06 | Manglona, Molly - Notice of Determination |
| 25 | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U.S. Dept. Of Justice and Angelina A. Manglona |
| W4 | | 03/01/06 | | | SYDNEY SN ROSARIO |
| 6A | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Sydney SN Rosario - Application for Disaster Employment Assistance |
| 6B | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Syndey SN - Affidavit Re Disaster Unemployment Assistance |
| 26 | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U.S. Dept. Of Justice and Sydney SN Rosario |
| W5 | | 03/01/06 | | | LORY ANNE S. WEILBACHER |
| 7A | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. - Application for Disaster Employment Assistance |
| 7B | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. - Affidavit Re Disaster Unemployment Assistance |
| 28 | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U.S. Dept. Of Justice and Lory Anne Weilbacher |
| W6 | | 03/01/06 | | | JOLEEN A. RAMOS |
| 5A | | 03/01/06 | 03/01/06 | 03/01/06 | Application for Disaster Employment Assistance |
| 5B | | 03/01/06 | 03/01/06 | 03/01/06 | Affidavit Re Disaster Unemployment Assistance |
| 29 | | 03/01/06 | 03/01/06 | | Agreement between U.S. Dept. Of Justice and Joleen Ramos |
| W7 | | 03/01/06 | | | RYAN J. MANGLONA |
| 30 | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U. S Dept. Of Justice and Ryan Manglona |
| 3B | | 03/01/06 | 03/01/06 | 03/01/06 | Affidavit Re: Disaster Employment Assistance |
| W8 | | 03/02/06 | | | NANETTE ESTRADA ATALIG |
| 1A | | 03/02/06 | 03/02/06 | 03/02/06 | Application for Disaster Employment Assistance |
| 1B | | 03/02/06 | 03/02/06 | 03/02/06 | Affidavit Re Disaster Unemployment Assistance |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W9 | | 03/02/06 | | | DEXTER L. MENDIOLA |
| 4A | | already in evidence | 03/01/06 | 03/01/06 | Dexter L. Mendiola - Application for Disaster Employment Assistance |
| 4B | | already in evidence | 03/01/06 | 03/01/06 | Dexter L. Mendiola - Affidavit notarized by Barbara K. Dela Cruz |
| 32 | | 03/02/06 | 03/02/06 | 03/02/06 | Agreement between the USA and Dexter L. Mendiola |
| 4C | | already in evidence | 03/01/06 | 03/01/06 | Mayor's Certification |
| W10 | | 03/02/06 | 03/02/06 | 03/02/06 | FLAVIAN B. HOCOG |
| | DD | 03/02/06 | 03/02/06 | | Statement to the FBI by Flavian Hocog in 2003 |
| 34 | | 03/02/06 | 03/02/06 | 03/02/06 | Agreement between the USA and Flavian Hocog |