FILED
Clerk
District Court

SEP -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00004 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| FERMINA ATALIG, | ) | |
| | ) | |
| Defendant. | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorney of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this 2nd day of September, 2008.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

# EXHIBIT AND WITNESS LIST

| | | | | |
|---|---|---|---|---|
| U. S. A. -vs- FERMINA ATALIG | | | **District Court**<br>Northern Mariana Islands | |
| **Government's Attorney**<br>Timothy Moran and Craig Moore, AUSAs | | **Defendant's Attorneys**<br>G. Anthony Long, Esq. | **Docket Number:** CR-05-00004-001<br>**Trial Date(s):** February 27, 2006 - March 2, 2006 | |
| **Presiding Judge**<br>Alex R. Munson, Chief Judge | | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux | |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 02/27/06 | | | ALFRED PANGELINAN |
| 8 ✓ | | 02/27/06 | 02/27/06 | 02/27/06 | Memorandum to Bernadito Palacios from DUA Program Coordinator dated 03/25/03 |
| 9 ✓ | | 02/27/06 | 02/27/06 | 02/27/06 | Memorandum to Bernadito Palacios from DUA Program Coordinator dated 04/07/03 |
| 16 ✓ | | 02/27/06 | 02/27/06 | 02/27/06 | Letter to Fermina Atalig from Alfred Pangelinan dated 04/24/03. |
| 10 ✓ | | 02/27/06 | 02/27/06 | 02/27/06 | Memorandum to Bernadito Palacios from DUA Program Coordinator dated 04/23/03 |
| 18 ✓ | | 02/27/06 | 02/27/06 | 02/27/06 | 06/10/03 Letter to Jamie Bachinski from Alfred Pangelinan |
| 15 ✓ | | 02/27/06 | 02/27/06 | 02/27/06 | 04/23/03 Memo re Reimbursement to Rota DOL from DUA Program |
| 14 ✓ | | 02/27/06 | 02/27/06 | 02/27/06 | Fermina Atalig Timesheet dated 01/24/03 |
| 17 ✓ | | 02/28/06 | 02/28/06 | 02/28/06 | 04/28/03 Fax Letter to Alfred Pangelinan from Fermina Atalig. |
| 11 ✓ | | 02/28/06 | 02/28/06 | 02/28/06 | 06/05/03 Memo re Check Processing for DUA Program Beneficiaries List |
| 12 ✓ | | 02/28/06 | 02/28/06 | 02/28/06 | 7/11/03 Memo re Check Processing for DUA Program Beneficiaries List |
| | A ✓ | 02/28/06 | 02/28/06 | 02/28/06 | DUA Handbook |
| | W ✓ | 02/28/06 | 02/28/06 | 02/28/06 | Transmittal from Fermina Atalig to Alfred Pangelinan re: Disaster Assessment Report |
| | E ✓ | 02/28/06 | 02/28/06 | 02/28/06 | Travel Voucher Documents for Alfred Pangelinan |
| | X ✓ | 02/28/06 | 02/28/06 | 02/28/06 | Memo to Secretary, DOLI from Alfred Pangelinan |
| | Y ✓ | 02/28/06 | 02/28/06 | 02/28/06 | Letter to Mr. Armando Quiroz dated 4-8-2003 |
| | Z ✓ | 02/28/06 | 02/28/06 | Admitted conditionally | Letter to Mr. Armando Quiroz dated 4-9-2003 |
| | AA ✓ | 02/28/06 | 02/28/06 | 02/28/06 | Letter from John Humphrey of Us Department of Labor dated 4-10-2003 |
| | Q ✓ | 02/28/06 | 02/28/06 | Admitted for limited purpose | April 2, 2003 letter from Mayor Manglona to Jamie Bachinski |
| | P | 02/28/06 | 02/28/06 | | April 1, 2003 letter from Floria Plubs Mesngon to Thomas Manglona |
| | R ✓ | 02/28/06 | 02/28/06 | 02/28/06 | April 8, 2003 letter from Alfred Pangelinan to Armando Quiroz |
| 22 ✓ | | 02/28/06 | 02/28/06 | 02/28/06 | Attachments to Defendant's Ex. Z (Letter to Armando Quiroz dated 4-9-2003) |
| 23 ✓ | | 02/28/06 | 02/28/06 | 02/28/06 | Letter to Jamie Bachinski dated 1-23-2003 |
| W2 | | 02/28/06 | | | DIANNE HOFF |
| 13 ✓ | | 02/28/06 | 02/28/06 | 02/28/06 | DUA Handbook |
| 20 ✓ | | 02/28/06 | 02/28/06 | 02/28/06 | Disaster Unemployment Assistance Brochure |
| | C ✓ | 02/28/06 | 02/28/06 | 02/28/06 | Transmittal from Jamie Bachinski to Dianne Hoff re: Guam Forms |
| | J ✓ | 02/28/06 | 02/28/06 | 02/28/06 | Rota DOLI who underwent training |
| | BB ✓ | 02/28/06 | 02/28/06 | 02/28/06 | Email from Dianne Hoff to Fermina Atalig on 02/28/2003 |
| W3 | | 03/01/06 | | | ANGELINA ATALIG MANGLONA |
| 24 ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Memo from Mayor Benjamin Manglona |
| 2A ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Application for Disaster Employment Assistance |
| 2B ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Affidaivt re: Disaster Unemployment Assistance |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2C ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Mayor's Certification |
| 2 ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Hocog, Flavian - Notice of Determination of Entitlement |
| 19 • | | 03/01/06 | 03/01/06 | 03/01/06 | Mayor's Certification (Blank) |
| 3A ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Manglona, Ryan I. - Application for Disaster Employment Assistance |
| 4 ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter - Notice of Determination of Entitlement |
| 4A ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter - Application for Disaster Employment Assistance |
| 4C ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter - Mayor's Certification |
| 1 ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Atalig, Nanette E.- Notice of Determination of Entitlement |
| 1C ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Ataliag, Nanette - Mayor's Certification |
| 3C ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Manglona, Ryan I. |
| 5 ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Ramos, Joleen A - Notice of Determination of Entitlement |
| 5C ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Ramos, Joleen A - Mayor's Certification |
| 6 ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Sidney SN - Notice of Determination of Entitlement |
| 6C ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Sidney SN - Mayor's Certification |
| 7 ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. - Notice of Determination of Entitlement |
| 7C ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. Myor's Certification |
| 4B ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Mendiola, Dexter M. - Affidavit notarized by Barbara Dela Cruz (admitted into evidence by Defense) |
| | CC ✓ | 03/01/06 | 03/01/06 | 03/01/06 | Manglona, Molly - Notice of Determination |
| 25 ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U.S. Dept. Of Justice and Angelina A. Manglona |
| W4 | | 03/01/06 | | | SYDNEY SN ROSARIO |
| 6A ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Sydney SN Rosario - Application for Disaster Employment Assistance |
| 6B ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Rosario, Syndey SN - Affidavit Re Disaster Unemployment Assistance |
| 26 ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U.S. Dept. Of Justice and Sydney SN Rosario |
| W5 | | 03/01/06 | | | LORY ANNE S. WEILBACHER |
| 7A ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. - Application for Disaster Employment Assistance |
| 7B ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Weilbacher, Lory Anne S. - Affidavit Re Disaster Unemployment Assistance |
| 28 ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U.S. Dept. Of Justice and Lory Anne Weilbacher |
| W6 | | 03/01/06 | | | JOLEEN A. RAMOS |
| 5A ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Application for Disaster Employment Assistance |
| 5B ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Affidavit Re Disaster Unemployment Assistance |
| 29 | | 03/01/06 | 03/01/06 | ///// | Agreement between U.S. Dept. Of Justice and Joleen Ramos |
| W7 | | 03/01/06 | | | RYAN J. MANGLONA |
| 30 ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Agreement between U. S Dept. Of Justice and Ryan Manglona |
| 3B ✓ | | 03/01/06 | 03/01/06 | 03/01/06 | Affidavit Re: Disaster Employment Assistance |
| W8 | | 03/02/06 | | | NANETTE ESTRADA ATALIG |
| 1A ✓ | | 03/02/06 | 03/02/06 | 03/02/06 | Application for Disaster Employment Assistance |
| 1B ✓ | | 03/02/06 | 03/02/06 | 03/02/06 | Affidavit Re Disaster Unemployment Assistance |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W9 | | 03/02/06 | | | DEXTER L. MENDIOLA |
| 4A ✓ | | already in evidence | 03/01/06 | 03/01/06 | Dexter L. Mendiola - Application for Disaster Employment Assistance |
| 4B ✓ | | already in evidence | 03/01/06 | 03/01/06 | Dexter L. Mendiola - Affidavit notarized by Barbara K. Dela Cruz |
| 32 ✓ | | 03/02/06 | 03/02/06 | 03/02/06 | Agreement between the USA and Dexter L. Mendiola |
| 4C ✓ | | already in evidence | 03/01/06 | 03/01/06 | Mayor's Certification |
| W10 | | 03/02/06 | 03/02/06 | 03/02/06 | FLAVIAN B. HOCOG |
| | DD | 03/02/06 | 03/02/06 | ///// | Statement to the FBI by Flavian Hocog in 2003 |
| 34 ✓ | | 03/02/06 | 03/02/06 | 03/02/06 | Agreement between the USA and Flavian Hocog |